Liza M. Walsh
Selina M. Ellis
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., and TEVA PHARMACEUTICALS USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LIMITED, AMNEAL PHARMACEUTICALS LLC, and AMNEAL PHARMACEUTICALS INC.<br><br>Defendants. | Civil Action No. 23-cv-20964-SRC-MAH<br><br>**NOTICE OF PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM COUNTS 1–10**<br><br>Return Date: February 20, 2024<br><br>Oral Argument Requested<br><br>*Electronically Filed* |

**PLEASE TAKE NOTICE** that on February 20, 2024, or as soon thereafter as counsel may be heard, Plaintiffs Teva Branded Pharmaceutical Products R&D,

1

Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc. (collectively, "Teva"), by and through their attorneys, will move before the Honorable Stanley R. Chesler, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order dismissing Counts 1–10 of Defendants' Counterclaims (ECF No. 12) with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Teva will rely upon its Brief in Support of Plaintiffs' Motion to Dismiss Defendants' Counterclaim Counts 1–10, the supporting Declaration of Liza M. Walsh, accompanying exhibits, any further submissions on reply, and any oral argument. A proposed Order is also included for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that Teva respectfully requests that the Court hold oral argument on this Motion.

Dated:  January 26, 2024

OF COUNSEL:

Daryl L. Wiesen
(DWiesen@goodwinlaw.com)
Christopher T. Holding
(CHolding@goodwinlaw.com)
Louis L. Lobel
(LLobel@goodwinlaw.com)
Thomas V. McTigue IV
(TMcTigue@goodwinlaw.com)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Natasha E. Daughtrey
(NDaughtrey@goodwinlaw.com)
GOODWIN PROCTER LLP
601 South Figueroa Street
Los Angeles, CA 90017
(213) 426-2642

Respectfully submitted,

/s/   Liza M. Walsh
Liza M. Walsh (lwalsh@walsh.law)
Selina M. Ellis (sellis@walsh.law)
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc.*