# EXHIBIT 3



# APPROVED DRUG PRODUCTS

## WITH

## THERAPEUTIC EQUIVALENCE EVALUATIONS

### 44th EDITION

**THE PRODUCTS IN THIS LIST HAVE BEEN APPROVED UNDER SECTION 505 OF THE FEDERAL FOOD, DRUG, AND COSMETIC ACT.**

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION
OFFICE OF MEDICAL PRODUCTS AND TOBACCO
CENTER FOR DRUG EVALUATION AND RESEARCH
OFFICE OF GENERIC DRUGS
OFFICE OF GENERIC DRUG POLICY

**2024**

# APPROVED DRUG PRODUCTS
## with
## THERAPEUTIC EQUIVALENCE EVALUATIONS

The products in this list have been approved under section 505 of the Federal Food, Drug, and Cosmetic Act. This volume is current through December 31, 2023.

## 44th EDITION



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION
OFFICE OF MEDICAL PRODUCTS AND TOBACCO
CENTER FOR DRUG EVALUATION AND RESEARCH
OFFICE OF GENERIC DRUGS
OFFICE OF GENERIC DRUG POLICY

**2024**

# FOOD AND DRUG AD INISTRATION
# CENTER FOR DRUG EVALUATION AND RESEARCH

## APPROVED DRUG PRODUCTS
## ith
## Therapeutic E uivalence Evaluations

## CONTENTS

*PAGE*

PREFACE TO FORTY FOURTH EDITION……………………………………………....... iv

1.0  INTRODUCTION ................................................................................................................ vi
1.1     Content and Exclusion ............................................................................................... vi
1.2     Therapeutic Equivalence-Related Terms ................................................................. vii
1.3     Further Guidance on Bioequivalence ....................................................................... ix
1.4     Reference Listed Drug and Reference Standard ....................................................... ix
1.5     General Policies and Legal Status ............................................................................ xi
1.6     Practitioner/User Responsibilities ............................................................................ xi
1.7     Therapeutic Equivalence Evaluations Codes ........................................................... xii
1.8     Description of Certain Special Situations .............................................................. xx
1.9     Therapeutic Equivalence Code Change for a Drug Entity ....................................... xxiii
1.10    Change of the Therapeutic Equivalence Evaluation for a Single Product ................ xxiii
1.11    Discontinued Section ............................................................................................. xxiv
1.12    Changes to the Orange Book .................................................................................. xxiv
1.13    Availability of the Edition ....................................................................................... xxv

2.0     HOW TO USE THE DRUG PRODUCTS LISTS ........................................................... 2-1
2.1     Key Sections for Using the Drug Product Lists …………………………….......2-1
2.2     Drug Product Illustration ………………………………………………………..2-3
2.3     Therapeutic Equivalence Evaluations Illustration ……………………….……….2-4

DRUG PRODUCT LISTS
   Prescription Drug Product List …………………………………………………………....3-1
   OTC Drug Product List ……………………………………………………………………4-1
   Drug Products with Approval under Section 505 of the FD&C Act Administered
       by the Center for Biologics Evaluation and Research List ..……………………………..5-1
   Discontinued Drug Product List ……………………………………………………….....6-1
   Orphan Products Designations and Approvals List  ……………………………………….7-1
   Drug Products Which Must Demonstrate in vivo Bioavailability
   Only if Product Fails to Achieve Adequate Dissolution ……………………………….8-1

APPENDICES
       A. Product Name Index ……………………………………………………………A-1
       B. Product Name Index Listed by Applicant …………………………………..…..B-1
       C. Uniform Terms ………………………………………………………………...C-1

PATENT AND EXCLUSIVITY INFORMATION ADDENDUM ……………………….........AD1
       A. Patent and Exclusivity Lists …………………………………………….……..ADA1
       B. Patent and Exclusivity Terms ..……………………………...…………….ADB1

# 2.0 HOW TO USE THE DRUG PRODUCT LISTS

## 2.1   Key Sections for Using the Drug Product Lists

This publication contains illustrations, along with Drug Product Lists, indices, and lists of abbreviations and terms which facilitate their use.

***Illustrations***.  The annotated *Drug Product Illustration* (see Section 2.2) and the *Therapeutic Equivalence Evaluations Illustration* (see Section 2.3) are offered to provide further clarification.  These depict the format found in the Prescription Drug Product List (the only list in which therapeutic equivalence evaluation codes are displayed).

***Drug Product Lists***.  The Prescription and OTC Drug Product Lists, arranged alphabetically by active ingredient(s), contain product identification information (active ingredients, dosage forms, routes of administration, product names, applicants, strengths) for single and multiple ingredient drug products.  Also shown are the application number and drug product number (FDA internal computer data use only) and approval dates for those drug products approved on or after January 1, 1982.  The application number preceded by "N" is a New Drug Application (NDA or commonly the innovator). The application number preceded by an "A" is an Abbreviated New Drug Application (ANDA or commonly the generic).

The Discontinued Drug Product List, arranged alphabetically by active ingredient(s), contains product identification information (active ingredients, dosage forms, routes of administration, product names, applicants, strengths).

If a prescription drug product is available from more than one source (multisource), a therapeutic equivalence code will appear in front of the applicant's name.  If a product is therapeutically equivalent to one or more products or to an appropriate reference, it will be designated with a code beginning with "**A**" and the entry will be underlined and printed in bold font for emphasis.

Active ingredient headings for multiple ingredient (combination) drug products are arranged alphabetically.  For purposes of this publication, this alphabetical sort takes precedence over United States Pharmacopeia official monograph order (i.e., Reserpine, Hydralazine Hydrochloride, Hydrochlorothiazide).  For example, product information labeled as Reserpine, Hydrochlorothiazide and Hydralazine Hydrochloride appears under the active ingredient heading *Hydralazine Hydrochloride; Hydrochlorothiazide; Reserpine*. A cross-reference to the product information (for prescription and OTC products) appears for each additional active ingredient in the product.  For combination drug products, the ingredient strengths are separated by semicolons and appear in the same relative sequence as the ingredients in the heading.  Available strengths of the dosage form from an applicant appear on separate lines.

To use the Drug Product Lists, determine by alphabetical order the ingredient under which the product information is listed, using the Product Name Index, if necessary.  Then, find the ingredient in the applicable Drug Product List.  Proceed to the dosage form and route of administration and

compare products within that ingredient heading only.  Therapeutic equivalence or inequivalence for prescription products is determined on the basis of the therapeutic equivalence codes provided within that specific dosage form and route heading.  The OTC Drug Product List, Discontinued Drug Product List, and Drug Products with Approval under Section 505 of the Act Administered by the Center for Biologics Evaluation and Research List have their data arranged similarly.

The Discontinued Drug Product List contains approved products that have never been marketed, have been discontinued from marketing and we have not determined that they were withdrawn for safety or effectiveness reasons, are for military use, or have had their approvals withdrawn for other than safety or efficacy reasons subsequent to being discontinued from marketing.  All products having a "@" in the December Cumulative Supplement of the previous Edition List have been added to the Discontinued Drug Product List appearing in this Edition.  In addition, approved drug products that are not in the commercial distribution channel e.g., approved drug products in applications for export only are also listed in the Discontinued Drug Product List.

**Product Name Index** (Prescription and OTC Drug Product Lists). This is an index of drug products by trade name or established name of the active ingredient, if no trade name exists.  The second term of each entry indicates the active ingredient name under which product information can be found in the appropriate Drug Product List.  For those drug products with multiple active ingredients, only the first active ingredient (in alphabetical order) will appear. OTC products are so designated.

**Product Name Index Listed by Applicant** (Prescription and OTC Drug Product Lists). This is an index that cross-references applicants to drug products. The bolded and underlined entry represents the applicant name abbreviation used in this publication.  Each complete applicant name that is represented by the abbreviated name is marked with an asterisk (*).  Listed under each complete applicant name is the first alphabetically arranged ingredient under which product information can be found in the appropriate Drug Product List. OTC products are so designated.  To use the Drug Product Lists, determine by alphabetical order the ingredient under which the product information is listed, using the Product Name Index, if appropriate.

**Uniform Terms**.  To improve readability, uniform terms are used to designate dosage forms, routes of administration, and abbreviations used to express strengths.  These terms are listed in Appendix C.  In some cases, the terms used may differ from those used in product labels and other labeling.

## 2.2 DRUG PRODUCT ILLUSTR TIO



```
ACTI E IN REDIENT ─────────────────────▶  EPERIDINE H DROCHLORIDE

DOSA E FOR   ROUTE OF AD INISTRATION ──▶  INJECTABLE INJECTION
                                            A
TRADE OR  ENERIC NA ES ──────────┐
                                 │     ▶  A     PA E PHAR A                         AU  22, 1983
REFERENCE LISTED DRU * ( ) ──────┤        A                                         AU  22, 1983
REFERENCE STANDARD    * ( ) ─────┤        A                                         AU  22, 1983
                                 │        A                                         JAN 0 , 1989
                                 │
                                 └─────▶  A     DA IS PHAR          A     001 FEB 29, 198
THERAPEUTIC E UI ALENCE (TE)              A                         A     002 FEB 29, 198
  CODE FOR  ULTISOURCE PRODUCT ────────▶  A                         A     003 FEB 29, 198
                                          A                               00  AR 08, 1992

SIN LE SOURCE PRODUCT (NO TE CODE) ────▶        TI O I  LLC    10    L  A099225 001 DEC 12, 1995
                                          A     JOHNSON  ED          A        NO  2 , 1993
                                                ENDRA PHAR    150    L  A0 9   001 OCT 31, 1999

APPLICANT ─────────────────────────────────────────────┘

A AILABLE STREN TH(S) OF A PRODUCT ────────────────────────────┘

APPLICATION NU BER
PRODUCT NU BER IS FOR FDA INTERNAL CO PUTER DATA USE ONL ──────────────┘

APPRO AL DATE ─────────────────────────────────────────────────────────────────┘


*NOTE   REFERENCE LISTED DRU  AND REFERENCE STANDARD ARE DISCUSSED IN THE PREFACE SECTION 1.
```

```
                                                        A
ALPHABETICALL  SORTED B
ACTI E IN REDIENT ───────▶  H DRALA INE H DROCHLORIDE  H DROCHLOROTHIA IDE  RESERPINE

                            TABLET ORAL
PRODUCT INFOR ATION ─────▶    H DROCHLOROTHIA IDE, RESERPINE AND H DRALA INE HCL
                                REIN ALD LABS    25   15   0.1     A0 9808 001 JAN 18, 1982
```

THIS E A PLE IS FOR PURPOSE OF ILLUSTRATION ONL .  IT DOES NOT REPRESENT ACTUAL PRODUCTS FRO  THE PRESCRIPTION DRU  PRODUCT LIST.

## 2. THERAPEUTIC EQUIVALENCE EVALUATIONS ILLUSTRATION

DRUG PRODUCTS CODED **A** (OR ANY CODE BEGINNING WITH AN **A**) UNDER AN INGREDIENT AND DOSAGE FORM HEADING ARE CONSIDERED THERAPEUTICALLY EQUIVALENT ONLY TO OTHER PRODUCTS CODED **A** (OR ANY CODE BEGINNING WITH AN **A**) AND NOT TO THOSE CODED B (OR ANY CODE BEGINNING WITH B) AND ANY PRODUCTS NOT LISTED. DRUG PRODUCTS CODED B (OR ANY CODE BEGINNING WITH A B) ARE NOT CONSIDERED THERAPEUTICALLY EQUIVALENT TO ANY OTHER PRODUCT. FOR A COMPLETE EXPLANATION OF THE TE CODES REFER TO SECTION 1.7 OF THE *INTRODUCTION*.



NOTE: BOLD FONT AND UNDERLINING DENOTES MULTISOURCE PRODUCTS WHICH ARE CONSIDERED THERAPEUTICALLY EQUIVALENT.

THIS EXAMPLE IS FOR PURPOSES OF ILLUSTRATION ONLY. IT DOES NOT REPRESENT ACTUAL PRODUCTS FROM THE PRESCRIPTION DRUG PRODUCT LIST.

ADAPALENE
  SOLUTION;TOPICAL
    **ADAPALENE**
**AB**        CALL INC        **0.1%**        **A203981 001** Sep 23, 2016
**AB**                    **0.1%**        **A204593 001** Jan 05, 2016

ADAPALENE; BENZOYL PEROXIDE
  GEL;TOPICAL
    **ADAPALENE AND BENZOYL PEROXIDE**
**AB**    ACTAVIS LABS UT INC  **0.3%;2.5%**    **A209641 001** Jun 22, 2022
**AB**    ALEMBIC    **0.3%;2.5%**    **A214185 001** Aug 04, 2022
**AB**    ENCUBE    **0.1%;2.5%**    **A206164 001** May 23, 2018
**AB**    GLENMARK PHARMS LTD  **0.1%;2.5%**    **A208108 001** Nov 08, 2019
**AB**    PADAGIS ISRAEL  **0.1%;2.5%**    **A205033 001** Jan 23, 2018
**AB**        **0.3%;2.5%**    **A212464 001** May 31, 2022
**AB**    TARO    **0.1%;2.5%**    **A206959 001** Jan 24, 2018
**AB**        **0.3%;2.5%**    **A209148 001** Oct 17, 2018
**AB**    ZYDUS PHARMS  **0.3%;2.5%**    **A214553 001** Jun 03, 2022
    **EPIDUO**
**AB**  +!  GALDERMA LABS LP  **0.1%;2.5%**    **N022320 001** Dec 08, 2008
    **EPIDUO FORTE**
**AB**  +!  GALDERMA LABS  **0.3%;2.5%**    **N207917 001** Jul 15, 2015

ADAPALENE; BENZOYL PEROXIDE; CLINDAMYCIN PHOSPHATE
  GEL;TOPICAL
    CABTREO
      +!  BAUSCH    0.15%;3.1%;1.2%    N216632 001 Oct 20, 2023

ADEFOVIR DIPIVOXIL
  TABLET;ORAL
    **ADEFOVIR DIPIVOXIL**
**AB**    APOTEX    **10MG**    **A205459 001** Jul 06, 2018
**AB**    SIGMAPHARM LABS LLC  **10MG**    **A202051 001** Aug 29, 2013
    **HEPSERA**
**AB**  +!  GILEAD    **10MG**    **N021449 001** Sep 20, 2002

ADENOSINE
  INJECTABLE;INJECTION
    **ADENOSINE**
**AP**    FRESENIUS KABI USA  **3MG/ML**    **A077133 001** Apr 27, 2005
**AP**        **3MG/ML**    **A205568 001** Apr 16, 2018
**AP**    GLAND PHARMA LTD  **3MG/ML**    **A077283 001** Jun 14, 2007
**AP**        **3MG/ML**    **A206778 001** Feb 16, 2018
**AP**    HIKMA    **3MG/ML**    **A076404 001** Jun 16, 2004
**AP**        **3MG/ML**    **A076500 001** Jun 16, 2004
**AP**    MYLAN LABS LTD  **3MG/ML**    **A078686 001** May 13, 2009
**AP**  !  RISING    **3MG/ML**    **A078076 001** Oct 31, 2008
  SOLUTION;INTRAVENOUS
    **ADENOSINE**
**AP**    AVET LIFESCIENCES  **60MG/20ML (3MG/ML)**    **A202313 001** Sep 15, 2014
**AP**        **90MG/30ML (3MG/ML)**    **A202313 002** Sep 15, 2014
**AP**    EUGIA PHARMA  **60MG/20ML (3MG/ML)**    **A205331 001** Nov 02, 2017
**AP**        **90MG/30ML (3MG/ML)**    **A205331 002** Nov 02, 2017
**AP**    FRESENIUS KABI USA  **60MG/20ML (3MG/ML)**    **A077897 001** Nov 27, 2017
**AP**        **90MG/30ML (3MG/ML)**    **A077897 002** Nov 27, 2017
**AP**    HOSPIRA  **60MG/20ML (3MG/ML)**    **A203883 001** Mar 24, 2014
**AP**        **90MG/30ML (3MG/ML)**    **A203883 002** Mar 24, 2014
**AP**  !  MEITHEAL  **60MG/20ML (3MG/ML)**    **A077425 001** Aug 29, 2013
**AP**  !    **90MG/30ML (3MG/ML)**    **A077425 002** Aug 29, 2013
**AP**    MYLAN ASI  **60MG/20ML (3MG/ML)**    **A090212 001** Mar 28, 2014
**AP**        **90MG/30ML (3MG/ML)**    **A090212 002** Mar 28, 2014
**AP**    RISING  **60MG/20ML (3MG/ML)**    **A090450 001** Oct 02, 2014
**AP**        **90MG/30ML (3MG/ML)**    **A090450 002** Oct 02, 2014

AFAMELANOTIDE
  IMPLANT;SUBCUTANEOUS
    SCENESSE
      +!  CLIVUNEL INC    16MG    N210797 001 Oct 08, 2019

```
AFATINIB DIMALEATE
  TABLET;ORAL
    GILOTRIF
      +     BOEHRINGER           EQ 20MG BASE              N201292 001 Jul 12, 2013
            INGELHEIM
      +                          EQ 30MG BASE              N201292 002 Jul 12, 2013
      +!                         EQ 40MG BASE              N201292 003 Jul 12, 2013
AIR POLYMER-TYPE A
  FOAM;INTRAUTERINE
    EXEM FOAM KIT
      +!    GISKIT               10ML                      N212279 001 Nov 07, 2019
ALBENDAZOLE
  TABLET;ORAL
    ALBENDAZOLE
AB          ACTAVIS ELIZABETH    200MG                     A208094 001 May 20, 2019
AB    !     DR REDDYS            200MG                     A211034 001 Jan 26, 2021
AB          EDENBRIDGE PHARMS    200MG                     A211117 001 May 14, 2019
AB          MSN                  200MG                     A213435 001 Jan 21, 2021
AB          STRIDES PHARMA       200MG                     A210011 001 Dec 07, 2018
AB          ZYDUS PHARMS         200MG                     A208979 001 Dec 14, 2018
ALBUMIN HUMAN
  INJECTABLE;INJECTION
    OPTISON
      +!    GE HEALTHCARE        10MG/ML                   N020899 001 Dec 31, 1997
ALBUTEROL SULFATE
  AEROSOL, METERED;INHALATION
    ALBUTEROL SULFATE
AB1         CIPLA                EQ 0.09MG BASE/INH        A209959 001 Apr 08, 2020
AB1         SANDOZ               EQ 0.09MG BASE/INH        A207085 001 Jun 01, 2021
    PROVENTIL-HFA
AB1   +!    KINDEVA              EQ 0.09MG BASE/INH        N020503 001 Aug 15, 1996
    ALBUTEROL SULFATE
AB2         LUPIN                EQ 0.09MG BASE/INH        A209954 001 Aug 24, 2020
    PROAIR HFA
AB2   +!    TEVA BRANDED PHARM   EQ 0.09MG BASE/INH        N021457 001 Oct 29, 2004
    VENTOLIN HFA
BX    +!    GLAXOSMITHKLINE      EQ 0.09MG BASE/INH        N020983 001 Apr 19, 2001
  POWDER, METERED;INHALATION
    PROAIR DIGIHALER
      +     TEVA BRANDED PHARM   EQ 0.09MG BASE/INH        N205636 002 Dec 21, 2018
    PROAIR RESPICLICK
      +!    TEVA BRANDED PHARM   EQ 0.09MG BASE/INH        N205636 001 Mar 31, 2015
  SOLUTION;INHALATION
    ALBUTEROL SULFATE
AN          LUOXIN AUROVITAS     EQ 0.083% BASE            A206224 001 Oct 17, 2017
AN          NEPHRON              EQ 0.021% BASE            A076355 002 Mar 31, 2010
AN    !                          EQ 0.042% BASE            A076355 001 Jun 28, 2004
AN    !                          EQ 0.083% BASE            A074880 001 Sep 17, 1997
AN    !                          EQ 0.5% BASE              A075664 001 Jun 26, 2001
AN    !     RITEDOSE CORP        EQ 0.021% BASE            A214531 001 Dec 28, 2021
AN                               EQ 0.042% BASE            A214531 002 Dec 28, 2021
AN                               EQ 0.083% BASE            A077839 001 Dec 16, 2008
AN          SENTISS              EQ 0.5% BASE              A074543 001 Jan 15, 1998
AN          SUN PHARM            EQ 0.083% BASE            A207857 001 Jul 21, 2017
AN          WATSON LABS          EQ 0.021% BASE            A077772 001 Sep 25, 2007
AN                               EQ 0.042% BASE            A077772 002 Sep 25, 2007
  SYRUP;ORAL
    ALBUTEROL SULFATE
AA          AMNEAL PHARMS        EQ 2MG BASE/5ML           A079241 001 May 12, 2010
AA          CHARTWELL MOLECULAR  EQ 2MG BASE/5ML           A078105 001 Dec 27, 2006
AA          CHARTWELL RX         EQ 2MG BASE/5ML           A077788 001 Jun 26, 2007
AA          COSETTE              EQ 2MG BASE/5ML           A074454 001 Sep 25, 1995
AA          HIKMA                EQ 2MG BASE/5ML           A074749 001 Jan 30, 1998
AA          QUAGEN               EQ 2MG BASE/5ML           A212197 001 Sep 06, 2019
AA    !     TEVA                 EQ 2MG BASE/5ML           A073419 001 Mar 30, 1992
  TABLET;ORAL
    ALBUTEROL SULFATE
AB          AIZANT               EQ 2MG BASE               A210948 001 Mar 15, 2019
AB                               EQ 4MG BASE               A210948 002 Mar 15, 2019
AB          AMNEAL PHARMS CO     EQ 2MG BASE               A208804 001 May 21, 2018
AB                               EQ 4MG BASE               A208804 002 May 21, 2018
```

ALBUTEROL SULFATE
  TABLET;ORAL
    **ALBUTEROL SULFATE**

| | | | | |
|---|---|---|---|---|
| **AB** | DASH PHARMS NATCO | **EQ 2MG BASE** | **A072894 002** | Jan 17, 1991 |
| **AB** ! | | **EQ 4MG BASE** | **A072894 001** | Jan 17, 1991 |
| **AB** | RISING | **EQ 2MG BASE** | **A207046 001** | Jun 29, 2018 |
| **AB** | | **EQ 4MG BASE** | **A207046 002** | Jun 29, 2018 |
| **AB** | SUN PHARM INDUSTRIES | **EQ 2MG BASE** | **A072637 002** | Dec 05, 1989 |
| **AB** | | **EQ 4MG BASE** | **A072637 001** | Dec 05, 1989 |
| **AB** | VIRTUS PHARM | **EQ 2MG BASE** | **A211397 001** | Oct 26, 2018 |
| **AB** | | **EQ 4MG BASE** | **A211397 002** | Oct 26, 2018 |
| **AB** | ZYDUS PHARMS | **EQ 2MG BASE** | **A208884 001** | Oct 22, 2020 |
| **AB** | | **EQ 4MG BASE** | **A208884 002** | Oct 22, 2020 |

ALBUTEROL SULFATE; BUDESONIDE
  AEROSOL, METERED;INHALATION
    AIRSUPRA

| | | | | |
|---|---|---|---|---|
| +! | ASTRAZENECA | EQ 90MCG BASE/INH;80MCG/INH | N214070 001 | Jan 10, 2023 |

ALBUTEROL SULFATE; IPRATROPIUM BROMIDE
  SOLUTION;INHALATION
    **ALBUTEROL SULFATE AND IPRATROPIUM BROMIDE**

| | | | | |
|---|---|---|---|---|
| **AN** | CIPLA | **EQ 0.083% BASE;0.017%** | **A077559 001** | Dec 31, 2007 |
| **AN** ! | NEPHRON | **EQ 0.083% BASE;0.017%** | **A076749 001** | Dec 31, 2007 |
| **AN** | RITEDOSE CORP | **EQ 0.083% BASE;0.017%** | **A202496 001** | Oct 01, 2012 |
| **AN** | SUN PHARM | **EQ 0.083% BASE;0.017%** | **A207875 001** | Aug 07, 2017 |

  SPRAY, METERED;INHALATION
    COMBIVENT RESPIMAT

| | | | | |
|---|---|---|---|---|
| +! | BOEHRINGER INGELHEIM | EQ 0.1MG BASE/INH;0.02MG/INH | N021747 001 | Oct 07, 2011 |

ALCLOMETASONE DIPROPIONATE
  CREAM;TOPICAL
    **ALCLOMETASONE DIPROPIONATE**

| | | | | |
|---|---|---|---|---|
| **AB** ! | FOUGERA PHARMS | **0.05%** | **A076973 001** | Jul 12, 2005 |
| **AB** | GLENMARK GENERICS | **0.05%** | **A079061 001** | Jun 23, 2009 |
| **AB** | TARO | **0.05%** | **A076587 001** | Sep 15, 2005 |

  OINTMENT;TOPICAL
    **ALCLOMETASONE DIPROPIONATE**

| | | | | |
|---|---|---|---|---|
| **AB** ! | FOUGERA PHARMS | **0.05%** | **A076884 001** | Jul 18, 2005 |
| **AB** | GLENMARK GENERICS | **0.05%** | **A079227 001** | Jul 30, 2009 |
| **AB** | TARO | **0.05%** | **A076730 001** | Jul 29, 2004 |

ALCOHOL
  SOLUTION;INTRA-ARTERIAL
    ABLYSINOL

| | | | | |
|---|---|---|---|---|
| + | BPI LABS | 99% (1ML) | N207987 001 | Jun 21, 2018 |
| +! | | 99% (5ML) | N207987 002 | Jun 21, 2018 |

ALECTINIB HYDROCHLORIDE
  CAPSULE;ORAL
    ALECENSA

| | | | | |
|---|---|---|---|---|
| +! | HOFFMANN-LA ROCHE | EQ 150MG BASE | N208434 001 | Dec 11, 2015 |

ALENDRONATE SODIUM
  SOLUTION;ORAL
    **ALENDRONATE SODIUM**

| | | | | |
|---|---|---|---|---|
| **AA** ! | HIKMA | **EQ 70MG BASE/75ML** | **A090520 001** | Feb 25, 2013 |
| **AA** | NOVITIUM PHARMA | **EQ 70MG BASE/75ML** | **A214512 001** | May 11, 2023 |

  TABLET;ORAL
    **ALENDRONATE SODIUM**

| | | | | |
|---|---|---|---|---|
| **AB** | APOTEX | **EQ 5MG BASE** | **A077982 001** | Aug 04, 2008 |
| **AB** | | **EQ 10MG BASE** | **A077982 002** | Aug 04, 2008 |
| **AB** | | **EQ 35MG BASE** | **A077982 003** | Aug 04, 2008 |
| **AB** | | **EQ 70MG BASE** | **A077982 004** | Aug 04, 2008 |
| **AB** | AUROBINDO PHARMA | **EQ 10MG BASE** | **A090124 001** | Aug 04, 2008 |
| **AB** | | **EQ 35MG BASE** | **A090124 002** | Aug 04, 2008 |
| **AB** | | **EQ 70MG BASE** | **A090124 003** | Aug 04, 2008 |
| **AB** | CIPLA | **EQ 5MG BASE** | **A076768 001** | Aug 04, 2008 |
| **AB** | | **EQ 10MG BASE** | **A076768 002** | Aug 04, 2008 |
| **AB** | | **EQ 35MG BASE** | **A076768 003** | Aug 04, 2008 |
| **AB** | | **EQ 40MG BASE** | **A076768 004** | Aug 04, 2008 |
| **AB** | | **EQ 70MG BASE** | **A076768 005** | Aug 04, 2008 |
| **AB** | HANGZHOU BINJIANG | **EQ 5MG BASE** | **A090258 001** | Sep 24, 2009 |
| **AB** | | **EQ 10MG BASE** | **A090258 002** | Sep 24, 2009 |

44TH EDITION - 2024 - APPROVED DRUG PRODUCT LIST

# APPENDIX C

# UNIFORM TERMS

## *DOSAGE FORMS*

| | |
|---|---|
| AEROSOL, FOAM | PASTE |
| AEROSOL, METERED | PATCH |
| CAPSULE | PELLET |
| CAPSULE, DELAYED REL PELLETS | PELLETS |
| CAPSULE, DELAYED RELEASE | POWDER |
| CAPSULE, EXTENDED RELEASE | POWDER, EXTENDED RELEASE |
| CAPSULE, PELLETS | POWDER, METERED |
| CAPSULE, TABLET | RING |
| CAPSULE, TABLET, TABLET | SHAMPOO |
| CLOTH | SOLUTION |
| CONCENTRATE | SOLUTION FOR SLUSH |
| CREAM | SOLUTION, EXTENDED RELEASE |
| CREAM, AUGMENTED | SOLUTION, GEL FORMING/DROPS |
| CREAM, INSERT | SOLUTION, METERED |
| ELIXIR | SOLUTION/DROPS |
| EMULSION | SPONGE |
| ENEMA | SPRAY |
| FILM | SPRAY, METERED |
| FILM, EXTENDED RELEASE | SUPPOSITORY |
| FOAM | SUSPENSION |
| FOR SOLUTION | SUSPENSION, EXTENDED RELEASE |
| FOR SUSPENSION | SUSPENSION, LIPOSOMAL |
| FOR SUSPENSION, DELAYED RELEASE | SUSPENSION/DROPS |
| FOR SUSPENSION, EXTENDED RELEASE | SWAB |
| GAS | SYRUP |
| GEL | SYSTEM |
| GEL, AUGMENTED | TABLET |
| GEL, METERED | TABLET, CHEWABLE |
| GRANULE | TABLET, DELAYED RELEASE |
| GRANULE, DELAYED RELEASE | TABLET, EFFERVESCENT |
| GRANULES | TABLET, EXTENDED RELEASE |
| GRANULES, EXTENDED RELEASE | TABLET, EXTENDED RELEASE, CHEWABLE |
| GUM, CHEWING | |
| IMPLANT | TABLET, FOR SUSPENSION |
| INHALANT | TABLET, ORALLY DISINTEGRATING |
| INJECTABLE | TABLET, ORALLY DISINTEGRATING, DELAYED RELEASE |
| INJECTABLE, LIPID COMPLEX | |
| INJECTABLE, LIPOSOMAL | TABLET, ORALLY DISINTEGRATING, EXTENDED RELEASE |
| INJECTION, EXTENDED RELEASE | |
| INSERT | TAPE |
| INSERT, EXTENDED RELEASE | TROCHE/LOZENGE |
| INTRAUTERINE DEVICE | |
| JELLY | |
| LIQUID | |
| LOTION | |
| LOTION, AUGMENTED | |
| LOTION/SHAMPOO | |
| OIL | |
| OIL/DROPS | |
| OINTMENT | |
| OINTMENT, AUGMENTED | |

Note: Terms comprise currently marketed products

44TH EDITION - 2024 - APPROVED DRUG PRODUCT LIST

# APPENDIX C

# UNIFORM TERMS

*ROUTES OF ADMINISTRATION*

| | |
|---|---|
| BUCCAL | N/A |
| CARDIAC | NASAL |
| DENTAL | OPHTHALMIC |
| ENDOCERVICAL | ORAL |
| ENDOTRACHEAL | ORAL-21 |
| ENTERAL | ORAL-28 |
| IMPLANTATION | OTIC |
| INFILTRATION | PERFUSION |
| INHALATION | PERIARTICULAR |
| INJECTION | PERIODONTAL |
| INTERSTITIAL | PYELOCALYCEAL |
| INTRA-ANAL | RECTAL |
| INTRA-ARTERIAL | SPINAL |
| INTRA-ARTICULAR | SUBCUTANEOUS |
| INTRACAMERAL | SUBLINGUAL |
| INTRACAVITARY | TOPICAL |
| INTRACRANIAL | TRANSDERMAL |
| INTRADERMAL | TRANSMUCOSAL |
| INTRAMUSCULAR | URETHRAL |
| INTRAOCULAR | VAGINAL |
| INTRAOSSEOUS | |
| INTRAPERITONEAL | |
| INTRAPLEURAL | |
| INTRATHECAL | |
| INTRAUTERINE | |
| INTRAVENOUS | |
| INTRAVESICAL | |
| INTRAVITREAL | |
| IRRIGATION | |
| IV (INFUSION) | |

Note: Terms comprise currently marketed products

# APPENDIX C

## UNIFORM TERMS

### *ABBREVIATIONS*

| | |
|---|---|
| AMP | AMPULE |
| AMPICIL | AMPICILLIN |
| APPROX | APPROXIMATELY |
| BOT | BOTTLE |
| CI | CURIE |
| CSR | CAROTID SINUS REFLEX |
| CU | CLINICAL UNITS |
| DIPROP | DIPROPIONATE |
| ELECT | ELECTROLYTE |
| EQ | EQUIVALENT TO |
| ER | EXTENDED RELEASE |
| GM | GRAM |
| HBR | HYDROBROMIDE |
| HCL | HYDROCHLORIDE |
| HR | HOUR |
| IM | INTRAMUSCULAR |
| INH | INHALATION |
| IU | INTERNATIONAL UNITS |
| IV | INTRAVENOUS |
| KIU | KALLIKREIN INHIBITOR UNITS |
| MCG | MICROGRAM |
| MCI | MILLICURIE |
| MEQ | MILLIEQUIVALENT |
| MG | MILLIGRAM |
| ML | MILLILITER |
| N/A | NOT APPLICABLE |
| PPM | PARTS PER MILLION |
| REL | RELEASE |
| SC | SUBCUTANEOUS |
| SQ CM | SQUARE CENTIMETER |
| U | UNITS |
| UCI | MICROCURIE |
| UMOLAR | MICROMOLAR |
| USP | UNITED STATES PHARMACOPEIA |