**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., and TEVA PHARMACEUTICALS USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LIMITED, AMNEAL PHARMACEUTICALS LLC, and AMNEAL PHARMACEUTICALS INC.<br><br>Defendants. | Civil Action No. 23-cv-20964-SRC-MAH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM COUNTS 1–10** |

**THIS MATTER** having come before the Court upon the Motion of Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc. (collectively, "Teva"), pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss with prejudice Counts 1–10 of Defendants' Counterclaims (ECF No. 12); and this Court having considered all submissions of the parties and having heard oral argument, if any; and for good cause having been shown;

**IT IS** on this \_\_\_\_\_day of _____, 2024,

1

**ORDERED** that Plaintiffs' Motion to Dismiss with prejudice Counts 1–10 of Defendants' Counterclaims (ECF No. 12) is hereby **GRANTED**; and it is further

**ORDERED** that Counts 1–10 of Defendants' Counterclaims (ECF No. 12) are hereby **DISMISSED WITH PREJUDICE**.


**SO ORDERED.**   _____
HONORABLE STANLEY R. CHESLER, U.S.D.J.