

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

February 14, 2024

**VIA ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Amneal Pharmaceuticals of New York, LLC, et al.*
            **Civil Action No. 2:23-cv-20964 (SRC-MAH)**

Dear Judge Hammer:

    This firm, together with Goodwin Procter LLP, represents Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc. (collectively, "Teva") in connection with the above-referenced matter.

    Pursuant to your Honor's January 18, 2024 Order (D.E. 22), enclosed please find the parties' Joint Discovery Plan for the above-matter.

    We are available should Your Honor or Your Honor's staff have any questions and appreciate the Court's attention to this matter. We look forward to discussing this matter with Your Honor at the Initial Conference scheduled for February 21, 2024.

                                  Respectfully submitted,

                                  *s/ Liza M. Walsh*

                                  Liza M. Walsh

Encl.
cc: All counsel of record (via ECF and Email)