Rebekah Conroy
**STONE CONROY LLC**
25 A Hanover Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 400-4181
Fax: (973) 498-0070
rconroy@stoneconroy.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., and TEVA PHARMACEUTICALS USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LIMITED, AMNEAL PHARMACEUTICALS LLC, and AMNEAL PHARMACEUTICALS INC.<br><br>Defendants. | Civil Action No. 23-cv-20964-SRC-MAH<br><br>**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c) AS TO COUNTERCLAIMS 1-5** |

PLEASE TAKE NOTICE that on April 1, 2024, or as soon thereafter as counsel may be heard, Defendants, on notice to Plaintiffs, through their respective attorneys herein, will move before this Court for an Order granting judgment in Defendants' favor pursuant to Fed. R. Civ. P. 12(c) as to Defendants' Counterclaims 1-5 (ECF No. 12).

In support of this motion, Defendants shall rely on the Consolidated Brief in Support of Defendants' Rule 12(c) Motion and in Opposition to Plaintiffs' Motion to Dismiss filed herewith and accompanying Declaration of Rebekah Conroy.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is also submitted herewith for the Court's consideration in accordance with Local Civil Rule 7.1(e).

Dated:  February 20, 2024          Respectfully submitted,

                                                          /s/   Rebekah Conroy

Rebekah Conroy
**STONE CONROY LLC**
25 A Hanover Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 400-4181
Fax: (973) 498-0070
rconroy@stoneconroy.com

*Of counsel*
Steven Maddox

2

Jeremy J. Edwards
PROCOPIO
1050 Connecticut Ave, NW
Suite 500
Washington, DC  20036
steven.maddox@procopio.com
jeremy.edwards@procopio.com

*Attorneys for Defendants*