Exhibit 1

# Merriam-Webster's Collegiate Dictionary

## TENTH EDITION



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2002 by Merriam-Webster, Incorporated

Philippines Copyright 2002 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
      p.    cm.
  Includes index.
    ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper). — ISBN 0-87779-707-2 (laminated cover, unindexed).
    1. English language—Dictionaries.   I. Merriam-Webster, Inc.
  PE1628.M36     1998
  423—dc21                       97-41846
                                         CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

333435QWV02

# Contents

| | |
|---|---|
| Preface | 6a |
| Explanatory Chart | 8a |
| Explanatory Notes | 10a |
| The English Language in the Dictionary | 23a |
| Guide to Pronunciation | 31a |
| Abbreviations in This Work | 36a |
| Pronunciation Symbols | 38a |
| **A Dictionary of the English Language** | 1 |
| Abbreviations and Symbols for Chemical Elements | 1375 |
| Foreign Words and Phrases | 1387 |
| Biographical Names | 1393 |
| Geographical Names | 1439 |
| Signs and Symbols | 1529 |
| A Handbook of Style | 1533 |
| Index | 1557 |

Case 2:23-cv-20964-SRC-MAH   Document 41-2   Filed 02/20/24   Page 6 of 6 PageID: 1555

*(left partial column — fragments of cut-off entries)*

a : to utter or mention in a casual
b : WRITE ⟨~ us a line soon⟩
one level or position to another
UCE ⟨*dropped* his speed⟩
~ $20 for lunch⟩ **7 a** : to bring
se (a high card) to fall ⟨~ to loss
t⟩ **8 a** : to deposit or deliver dur
off ⟨~ the kids off at school⟩ to
to be less loud **10 a** : to leave ⟨a
sounded ⟨~ the *g* in *running*⟩ **b**
draw from an external point ⟨~
ke (a drug) orally : SWALLOW ⟨~
— **drop behind** : to fail to keep

to move straight back from the
*ops back to pass*⟩
ual visit ~ *vt* : to visit casually
use⟩
eet (as of cloth or plastic) used
niture
that can be lowered and raised
riking, attractive, or impressive
ly
6) : to forge between dies by
ss — **drop forger** *n*
the front of a desk that may be
mmer raised and then released
or die)
932) *Brit* : a convertible auto-
visit or brief stop **2** : one who
ed or casual visit — often used
de by dropping a ball to the
tarts to rebound
a dropkick ~ *vt* : to kick by
eld goal⟩ — **drop-kick•er** *n*
side or end of a table that can
(as of a liquid)
light suspended by a cord or
eep or perpendicular descent
n attendance⟩
who drops out of school
ty **c** : one who abandons an
rate ⟨~⟩ **2** : a spot on a mag-
appeared
draw from participation or
n conventional society
which the passer skates past
ng close behind
begin lower than normal ⟨a
hat drops **2** : a short glass
measure liquids by drops —
**drop•per•ful** \-ˌfu̇l\ *n*
**2** *pl* : DUNG
a taxi) that may be dropped
at can be unbuttoned
us in tennis or squash) that
after hitting a wall
lating to or affected with
ydropesie, fr. OF, fr. L *hy-*
er — more at WATER] (13c)
or airplanes that can be jet-
volley in tennis
roops, supplies, or equip-
on which a skydiver lands
ē\ *n, pl* **droshkies** *also*
agon] (1808) : any of vari-
ssia
e, fr. GK *drosos* dew + NL
f a genus (*Drosophila*) of
ch
dregs] (bef. 12c) **1** : the
etal **2** : waste or foreign
us, trivial, or inferior⟩
ME, fr. OE *drūgath*, fr.
ore at DRY] (bef. 12c) **1**
causes extensive damage
**2** : a prolonged or pro-
esired — **drought•i•ness**
drive — more at DRIVE]
noving in a body **2** : a
with *in* ⟨tourists arriving
e or sheep
rn•ing \ˈdrau̇-niŋ\ [ME
**a** : to suffocate by sub-
a rise in the water level
engage (oneself) deep-
be heard by making a

---

loud noise — usu. used with *out* **4 a** : to drive out (as a sensation or an idea) ⟨~ed his sorrows in liquor⟩ **b** : OVERWHELM

**drownd** \ˈdrau̇nd\ *vb nonstand var of* DROWN

¹**drowse** \ˈdrau̇z\ *vb* **drowsed; drows•ing** [prob. akin to Goth *driusan* to fall — more at DREARY] *vi* (1573) **1** : to be inactive **2** : to fall into a light slumber ~ *vt* **1** : to make drowsy or inactive **2** : to pass (time) drowsily or in drowsing

²**drowse** *n* (1814) : the act or an instance of drowsing : DOZE

**drowsy** \ˈdrau̇-zē\ *adj* **drows•i•er; -est** (1530) **1 a** : ready to fall asleep **b** : inducing or tending to induce sleep ⟨~⟩ : INDOLENT, LETHARGIC **2** : giving the appearance of peaceful inactivity — **drows•i•ly** \-zə-lē\ *adv* — **drows•i•ness** \-zē-nəs\ *n*

**drub** \ˈdrəb\ *vb* **drubbed; drub•bing** [perh. fr. Ar *ḍaraba*] *vt* (1634) **1** : to beat severely **2** : to abuse with words : BERATE **3** : to defeat decisively ~ *vi* : DRUM, STAMP — **drub•ber** *n* — **drub•bing** *n*

**drudge** \ˈdrəj\ *vb* **drudged; drudg•ing** [ME *druggen*] *vi* (14c) : to do hard, monotonous, or menial work ~ *vt* : to force to do hard, menial, or monotonous work — **drudg•er** *n*

²**drudge** *n* (15c) **1** : one who is obliged to do menial work **2** : one whose work is routine and boring

**drudg•ery** \ˈdrəj-rē, ˈdrə-jə-rē\ *n, pl* **-er•ies** (1550) : dull, irksome, or fatiguing work : uninspiring or menial labor *syn* see WORK

**drudg•ing** \ˈdrə-jiŋ\ *adj* (1548) : MONOTONOUS, TIRING — **drudg•ing•ly** \-jiŋ-lē\ *adv*

¹**drug** \ˈdrəg\ *n* [ME *drogge*] (14c) **1 a** *obs* : a substance used in dyeing or chemical operations **b** : a substance used as a medication or in the preparation of medication **c** *according to the Food, Drug, and Cosmetic Act* (1) : a substance recognized in an official pharmacopoeia or formulary (2) : a substance intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease (3) : a substance other than food intended to affect the structure or function of the body (4) : a substance intended for use as a component of a medicine but not a device or a component, part, or accessory of a device **2** : a commodity that is not salable or for which there is no demand — used in the phrase *drug on the market* **3** : something and often an illegal substance that causes addiction, habituation, or a marked change in consciousness — **drug•gy** *also* **drug•gie** \ˈdrə-gē\ *adj*

²**drug** *vb* **drugged; drug•ging** *vt* (1605) **1** : to affect with a drug; *esp* : to stupefy by a narcotic drug **2** : to administer a drug to **3** : to lull or stupefy as if with a drug ~ *vi* : to take drugs for narcotic effect

³**drug** *dial past of* DRAG

**drug•get** \ˈdrə-gət\ *n* [MF *droguet*, dim. of *drogue* trash, drug] (1580) **1** : a wool or partly wool fabric formerly used for clothing **2** : a coarse durable cloth used chiefly as a floor covering **3** : a rug having a cotton warp and a wool filling

**drug•gie** *also* **drug•gy** \ˈdrə-gē\ *n, pl* **druggies** (1967) : one who habitually uses drugs

**drug•gist** \ˈdrə-gist\ *n* (1611) : one who sells or dispenses drugs and medicines: as **a** : PHARMACIST **b** : one who owns or manages a drugstore

**drug•mak•er** \ˈdrəg-ˌmā-kər\ *n* (1964) : one that manufactures pharmaceuticals

**drug•store** \-ˌstȯr, -ˌstȯr\ *n* (1810) : a retail store where medicines and miscellaneous articles are sold : PHARMACY

**drugstore cowboy** *n* (1923) **1** : one who wears cowboy clothes but has had no experience as a cowboy **2** : one who loafs on street corners and in drugstores

**dru•id** \ˈdrü-id\ *n, often cap* [L *druides, druidae*, pl., fr. Gaulish *druides*; akin to OIr *druí* druid, and perh. to OE *trēow* tree] (1563) : one of an ancient Celtic priesthood appearing in Irish and Welsh sagas and Christian legends as magicians and wizards — **dru•id•ic** \drü-ˈi-dik\ *or* **dru•id•i•cal** \-di-kəl\ *adj, often cap*

**dru•id•ism** \ˈdrü-ə-ˌdi-zəm\ *n, often cap* (1715) : the system of religion, philosophy, and instruction of the druids

¹**drum** \ˈdrəm\ *n* [prob. fr. D *trom*; akin to MHG *trumme* drum] (1539) **1** : a percussion instrument consisting of a hollow shell or cylinder with a drumhead stretched over one or both ends that is beaten with the hands or with some implement (as a stick or wire brush) **2** : TYMPANIC MEMBRANE **3** : the sound of a drum; *also* : a sound similar to that of a drum **4** : any of various bony fishes (family Sciaenidae) that make a drumming noise **5** : something resembling a drum in shape: as **a** : a cylindrical machine or mechanical device or part **b** : a cylindrical container; *specif* : a large usu. metal container for liquids ⟨a 55-gallon ~⟩ **c** : a disk-shaped magazine for an automatic weapon — **drum•like** \-ˌlīk\ *adj*



drum 1: *1* bass, *2* snare (orchestra), *3* snare (parade)

²**drum** *vb* **drummed; drum•ming** *vi* (1583) **1** : to make a succession of strokes or vibrations that produce sounds like drumbeats **2** : to beat a drum **3** : to throb or sound rhythmically **4** : to stir up interest : SOLICIT ~ *vt* **1** : to summon or enlist by or as if by beating a drum ⟨were *drummed* into service⟩ **2** : to dismiss ignominiously : EXPEL — usu. used with *out* **3** : to drive or force by steady effort or reiteration ⟨*drummed* the speech into her head⟩ **4 a** : to strike or tap repeatedly **b** : to produce (rhythmic sounds) by such action

³**drum** *n* [ScGael *druim* back, ridge, fr. OIr *druimm*] (1725) **1** *chiefly Scot* : a long narrow hill or ridge **2** : DRUMLIN

**drum•beat** \ˈdrəm-ˌbēt\ *n* (1855) **1** : a stroke on a drum or its sound; *also* : a series of such strokes **2** : vociferous advocacy of a cause **3** : DRUMFIRE **2** — **drum•beat•er** \-ˌbē-tər\ *n* — **drum•beat•ing** \-tiŋ\ *n*

**drum brake** *n* (1950) : a brake that operates by the friction of usu. a pair of shoes pressing against the inner surface of the cylinder of a rotating drum — compare DISC BRAKE

**drum•fire** \ˈdrəm-ˌfīr\ *n* (1916) **1** : artillery firing so continuous as to sound like a drumroll **2** : something suggestive of drumfire in intensity : BARRAGE ⟨a ~ of publicity⟩

**drum•head** \-ˌhed\ *n* (1622) **1** : the material (as skin or plastic) stretched over one or both ends of a drum **2** : the top of a capstan that is pierced with sockets for the levers used in turning it

---

**drumhead court–martial** *n* [fr. the use of a drumhead as a table] (1835) : a summary court-martial that tries offenses on the battlefield

**drum•lin** \ˈdrəm-lən\ *n* [Ir *druim* back, ridge (fr. OIr *druimm*) + E *-lin* (alter. of *-ling*)] (ca. 1833) : an elongate or oval hill of glacial drift

**drum major** *n* (1844) : the leader of a marching band

**drum ma•jor•ette** \ˌdrəm-ˌmā-jə-ˈret\ *n* (1938) **1** : a girl or woman who leads a marching band **2** : a baton twirler who accompanies a marching band

**drum•mer** \ˈdrə-mər\ *n* (1580) **1** : one that plays a drum — sometimes used figuratively in phrases denoting unconventional thought or action ⟨march to a different ~⟩ **2** : TRAVELING SALESMAN

**drum•roll** \ˈdrəm-ˌrōl\ *n* (1887) : a roll on a drum or its sound

**drum•stick** \-ˌstik\ *n* (1589) **1** : a stick for beating a drum **2** : the segment of a fowl's leg between the thigh and tarsus

**drum up** *vt* (1830) **1** : to bring about by persistent effort ⟨*drum up* some business⟩ **2** : INVENT, ORIGINATE ⟨*drum up* a new method⟩

¹**drunk** *past part of* DRINK

²**drunk** \ˈdrəŋk\ *adj* [ME *drunke*, alter. of *drunken*] (14c) **1 a** : having the faculties impaired by alcohol **b** : having a level of alcohol in the blood that exceeds a maximum prescribed by law ⟨legally ~⟩ **2** : dominated by an intense feeling ⟨~ with rage⟩ **3** : of, relating to, or caused by intoxication : DRUNKEN

³**drunk** *n* (1779) **1** : a period of drinking to intoxication or of being intoxicated ⟨a 2-day ~⟩ **2** : one who is drunk; *esp* : DRUNKARD

**drunk•ard** \ˈdrəŋ-kərd\ *n* (15c) : one who is habitually drunk

**drunk•en** \ˈdrəŋ-kən\ *adj* [ME, fr. OE *druncen*, fr. pp. of *drincan* to drink] (bef. 12c) **1** : DRUNK **1** ⟨a ~ driver⟩ **2** *obs* : saturated with liquid **3 a** : given to habitual excessive use of alcohol **b** : of, relating to, or characterized by intoxication ⟨they come from . . . broken homes, ~ homes —P. B. Gilliam⟩ **c** : resulting from or as if from intoxication ⟨a ~ brawl⟩ **4** : unsteady or lurching as if from alcoholic intoxication — **drunk•en•ly** *adv* — **drunk•en•ness** \-kən-nəs\ *n*

**drunk tank** *n* (1947) : a large detention cell for arrested drunks

**dru•pa•ceous** \drü-ˈpā-shəs\ *adj* (1822) **1** : of or relating to a drupe **2** : bearing drupes

**drupe** \ˈdrüp\ *n* [NL *drupa*, fr. L, overripe olive, fr. Gk *dryppa* olive] (ca. 1753) : a one-seeded indehiscent fruit having a hard bony endocarp, a fleshy mesocarp, and a thin exocarp that is flexible (as in the cherry) or dry and almost leathery (as in the almond)

**drupe•let** \ˈdrü-plət\ *n* (1880) : a small drupe; *specif* : one of the individual parts of an aggregate fruit (as the raspberry)

**druth•ers** \ˈdrə-thərz\ *n pl* [*druther*, alter. of *would rather*] (1875) *dial* : free choice : PREFERENCE — used esp. in the phrase *if one had one's druthers*

**Druze** *or* **Druse** \ˈdrüz\ *n, pl* **Druze** *or* **Druzes** *or* **Druse** *or* **Druses** *often attrib* [Ar *Durūz*, pl., fr. Muḥammed ibn-Ismaʿīl al-*Darazīy* †1019 Muslim religious leader] (1786) : a member of a religious sect originating among Muslims and centered in Lebanon and Syria

¹**dry** \ˈdrī\ *adj* **dri•er** *also* **dry•er** \ˈdrī-(ə)r\; **dri•est** *also* **dry•est** \ˈdrī-əst\ [ME, fr. OE *drȳge*; akin to OHG *truckan* dry, OE *drēahnian* to drain] (bef. 12c) **1 a** : free or relatively free from a liquid and esp. water **b** : not being in or under water ⟨~ land⟩ **c** : lacking precipitation or humidity ⟨~ climate⟩ **2 a** : characterized by exhaustion of a supply of liquid ⟨a ~ well⟩ **b** : devoid of running water ⟨a ~ ravine⟩ **c** : devoid of natural moisture ⟨my throat was ~⟩ **d** : no longer sticky or damp ⟨the paint is ~⟩ **e** : not giving milk ⟨a ~ cow⟩ **f** : lacking freshness : STALE **g** : ANHYDROUS **3 a** : marked by the absence or scantiness of secretions ⟨a ~ cough⟩ **b** : not shedding or accompanied by tears ⟨a ~ sob⟩ **4** *obs* : involving no bloodshed or drowning ⟨I would fain die a ~ death —Shak.⟩ **5 a** : marked by the absence of alcoholic beverages ⟨a ~ party⟩ **b** : prohibiting the manufacture or distribution of alcoholic beverages **6** : served or eaten without butter or margarine ⟨~ toast⟩ **7 a** : lacking sweetness : SEC ⟨~ champagne⟩ **b** : having all or most sugar fermented to alcohol ⟨a ~ wine⟩ ⟨~ beer⟩ **8 a** : solid as opposed to liquid ⟨~ groceries⟩ **b** : reduced to powder or flakes : DEHYDRATED ⟨~ milk⟩ **9** : functioning without lubrication ⟨a ~ clutch⟩ **10** *of natural gas* : containing no recoverable hydrocarbon (as gasoline) **11** : requiring no liquid in preparation or operation ⟨a ~ photocopying process⟩ **12 a** : not showing or communicating warmth, enthusiasm, or tender feeling : SEVERE ⟨a ~ style of painting⟩ **b** : WEARISOME, UNINTERESTING ⟨~ passages of description⟩ **c** : lacking embellishment : PLAIN ⟨the ~ facts⟩ **13 a** : not yielding what is expected or desired : UNPRODUCTIVE **b** : having no personal bias or emotional concern ⟨the ~ light of reason⟩ **c** : RESERVED, ALOOF **14** : marked by matter-of-fact, ironic, or terse manner of expression ⟨~ wit⟩ **15** : lacking smooth sound qualities ⟨a ~ rasping voice⟩ **16** : being a dry run ⟨a ~ rehearsal⟩ — **dry•ish** \ˈdrī-ish\ *adj* — **dry•ly** *adv* — **dry•ness** *n*

²**dry** *vb* **dried; dry•ing** *vt* (bef. 12c) : to make dry ~ *vi* : to become dry — **dry•able** \ˈdrī-ə-bəl\ *adj*

³**dry** *n, pl* **drys** (13c) **1** : the condition of being dry : DRYNESS **2** : something dry; *esp* : a dry place **3** : PROHIBITIONIST

**dry•ad** \ˈdrī-əd, -ˌad\ *n* [L *dryad-, dryas*, fr. Gk, fr. *drys* tree — more at TREE] (14c) : WOOD NYMPH

**dry-as-dust** \ˈdrī-əz-ˌdəst\ *adj* (ca. 1872) : BORING — **dryasdust** *n*

**dry cell** *n* (1893) : a voltaic cell whose contents are not spillable — called also *dry battery*

**dry-clean** \ˈdrī-ˌklēn\ *vt* (1817) : to subject to dry cleaning ~ *vi* : to undergo dry cleaning — **dry-clean•able** \-ˈklē-nə-bəl\ *adj*

**dry cleaner** *n* (1897) : one whose business is dry cleaning

**dry cleaning** *n* (1897) : the cleansing of fabrics with substantially nonaqueous organic solvents **2** : something that is dry-cleaned

**dry-dock** \ˈdrī-ˌdäk\ *vt* (1884) : to place in a dry dock

**dry dock** *n* (ca. 1627) : a dock that can be kept dry for use during the construction or repairing of ships

**dry•er** *var of* DRIER

---

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar
\au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job
\ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot
\y\ yet \zh\ vision \á, ᴋ, ⁿ, œ, œ̄, ɞ, ᵫ, ᵊ\ see Guide to Pronunciation