# Exhibit 2

Merriam-Webster's Collegiate® Dictionary

Eleventh Edition

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster™* is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2020 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
p. cm.
Includes index.
ISBN 978-0-87779-807-1 (Laminated unindexed : alk. paper)
ISBN 978-0-87779-808-8 (Jacketed hardcover unindexed : alk. paper)
ISBN 978-0-87779-809-5 (Jacketed hardcover with digital download : alk. paper)
ISBN 978-0-87779-810-1 (Leatherlook with digital download : alk. paper)
ISBN 978-0-87779-811-8 (Luxury Leather)
ISBN 978-0-87779-813-2 (Canadian)
ISBN 978-0-87779-814-9 (International)
1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36 2003
423—dc21 2003003674
CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Printed in India

23rd Printing Thomson Press India Ltd. Faridabad May 2019

# Contents

Preface 6a

Explanatory Chart 8a

Explanatory Notes 10a

The English Language in the Dictionary 25a

Guide to Pronunciation 33a

Abbreviations in This Work 38a

Pronunciation Symbols 40a

**A Dictionary of the English Language** 1

Foreign Words and Phrases 1460

Biographical Names 1466

Geographical Names 1511

Signs and Symbols 1600

A Handbook of Style 1604

Index 1623

Case 2:23-cv-20964-SRC-MAH Document 41-3 Filed 02/20/24 Page 6 of 6 PageID: 1561

drop back • drum brake 383

thorities (as police) of another's wrongdoing — **drop behind** : to fail to keep up — **drop the ball** : to make a mistake esp. by failing to take timely, effective, or proper action

**drop back** *vi* (1927) **1** : RETREAT **2** : to move straight back from the line of scrimmage ‹the quarterback *drops back* to pass›

**drop by** *vi* (ca. 1905) : to pay a brief casual visit ~ *vt* : to visit casually or unexpectedly ‹*drop by* a friend's house›

**drop cloth** *n* (ca. 1928) : a protective sheet (as of cloth or plastic) used esp. by painters to cover floors and furniture

**drop curtain** *n* (1832) : a stage curtain that can be lowered and raised

**drop–dead** \ˈdräp-ˈded\ *adj* (1970) : sensationally striking, attractive, or impressive ‹a ~ evening gown› — **drop–dead** *adv*

**drop–down** \ˈdräp-ˌdau̇n\ *adj* (1951) : PULL-DOWN ‹a ~ menu›

**drop–forge** \ˈdräp-ˌfōrj\ *vt* (1886) : to forge between dies by means of a drop hammer or punch press — **drop forger** *n*

**drop front** *n* (1925) : a hinged cover on the front of a desk that may be lowered to provide a surface for writing

**drop hammer** *n* (ca. 1864) : a power hammer raised and then released to drop (as on metal resting on an anvil or die)

**drop·head** \ˈdräp-ˌhed\ *n, often attrib* (1932) *Brit* : a convertible automobile

**drop–in** \ˈdräp-ˌin\ *n* (1819) **1** : a casual visit or brief stop **2** : one who drops in : a casual visitor

**drop in** *vi* (ca. 1600) : to pay an unexpected or casual visit — often used with *on*

**drop·kick** \-ˌkik\ *n* (1857) : a kick made by dropping a ball to the ground and kicking it at the moment it starts to rebound

**drop–kick** \-ˌkik\ *vi* (1882) : to make a dropkick ~ *vt* : to kick by means of a dropkick ‹~ a ball› ‹~ a field goal› — **drop–kick·er** *n*

**drop leaf** *n* (1882) : a hinged leaf on the side or end of a table that can be folded down

**drop·let** \ˈdräp-lət\ *n* (1607) : a tiny drop (as of a liquid)

**drop·light** \ˈdräp-ˌlīt\ *n* (1890) : an electric light suspended by a cord or on a portable extension

**drop–off** \ˈdräp-ˌȯf\ *n* (1923) **1** : a very steep or perpendicular descent **2** : a marked dwindling or decline ‹a ~ in attendance› **3** : the act or an instance of making a usu. brief deposit or delivery ‹~ points along the route›

**drop off** \ˌdräp-ˈȯf\ *vi* (1820) : to fall asleep

**drop·out** \ˈdräp-ˌau̇t\ *n* (1930) **1 a** : one who drops out of school **b** : one who drops out of conventional society **c** : one who abandons an attempt, activity, or chosen path ‹a corporate ~› **2** : a momentary defect on a magnetic tape or disk caused by a temporary loss of signal

**drop out** \ˌdräp-ˈau̇t\ *vi* (1875) : to withdraw from participation or membership : QUIT; *esp* : to withdraw from conventional society

**drop pass** *n* (1949) : a pass in ice hockey in which the passer skates past the puck leaving it for a teammate following close behind

**dropped** *adj* (1915) : designed to extend or begin lower than normal ‹a dress with a ~ waist› ‹~ shoulders›

**dropped egg** *n* (1824) : a poached egg

**drop·per** \ˈdrä-pər\ *n* (ca. 1700) **1** : one that drops **2** : a short glass tube fitted with a rubber bulb and used to measure liquids by drops — called also *eyedropper, medicine dropper* — **drop·per·ful** \-ˌfu̇l\ *n*

**dropping** *n* (14c) **1** : something dropped **2** *pl* : DUNG

**drop seat** *n* (1926) **1** : a hinged seat (as in a taxi) that may be dropped down **2** : a seat (as in an undergarment) that can be unbuttoned

**drop–ship** \ˈdräp-ˌship\ *vt* (1999) : to ship (goods) from a manufacturer or wholesaler directly to a customer instead of to the retailer who took the order ~ *vi* : to ship goods from a supplier directly to a customer

**drop shot** *n* (1908) : a delicately hit shot (as in tennis or squash) that drops quickly after crossing the net or dies after hitting a wall

**drop·si·cal** \ˈdräp-si-kəl\ *adj* (1673) **1** : TURGID, SWOLLEN **2** : relating to or affected with dropsy

**drop·sy** \ˈdräp-sē\ *n* [ME *dropesie*, short for *ydropesie*, fr. AF, fr. L *hydropisis*, modif. of Gk *hydrōps*, fr. *hydōr* water — more at WATER] (13c) : EDEMA

**drop tank** *n* (1943) : an auxiliary fuel tank for airplanes that can be jettisoned (as when empty)

**drop–top** \ˈdräp-ˌtäp\ *n* (1986) : a convertible automobile

**drop volley** *n* (1907) : a drop shot made on a volley in tennis

**drop zone** *n* (ca. 1943) : the area in which troops, supplies, or equipment are to be air-dropped; *also* : the target on which a skydiver lands

**drosh·ky** \ˈdräsh-kē\ *also* **dros·ky** \ˈdräs-kē\ *n, pl* **droshkies** *also* **droskies** [Russ *drozhki*, fr. *droga* pole of a wagon] (1805) : any of various 2- or 4-wheeled carriages used esp. in Russia

**dro·soph·i·la** \drō-ˈsä-fə-lə\ *n* [NL, genus name, fr. Gk *drosos* dew + NL *-phila*, fem. of *-philus* -phil] (ca. 1829) : any of a genus (*Drosophila*) of fruit flies used in genetic research

**dross** \ˈdräs, ˈdrȯs\ *n* [ME *dros*, fr. OE *drōs* dregs] (bef. 12c) **1** : the scum that forms on the surface of molten metal **2** : waste or foreign matter : IMPURITY **3** : something that is base, trivial, or inferior — **drossy** \ˈdrä-sē, ˈdrȯ-\ *adj*

**drought** \ˈdrau̇t\ *also* **drouth** \ˈdrau̇th\ *n* [ME, fr. OE *drūgath*, fr. *drūgian* to dry up; akin to OE *drȳge* dry — more at DRY] (bef. 12c) **1** : a period of dryness esp. when prolonged; *specif* : one that causes extensive damage to crops or prevents their successful growth **2** : a prolonged or chronic shortage or lack of something expected or desired — **drought·i·ness** \ˈdrau̇-tē-nəs\ *n* — **droughty** \ˈdrau̇-tē\ *adj*

**¹drove** \ˈdrōv\ *n* [ME, fr. OE *drāf*, fr. *drīfan* to drive — more at DRIVE] (bef. 12c) **1** : a group of animals driven or moving in a body **2** : a large number : CROWD — usu. used in pl. esp. with *in* ‹came in ~s›

**²drove** *past of* DRIVE

**drov·er** \ˈdrō-vər\ *n* (15c) : one who drives cattle or sheep

**drown** \ˈdrau̇n\ *vb* **drowned** \ˈdrau̇nd\; **drown·ing** \ˈdrau̇-niŋ\ [ME *drounen*] *vi* (14c) : to become drowned ~ *vt* **1 a** : to suffocate by submersion esp. in water **b** : to submerge esp. by a rise in the water level ‹villages ~*ed* by the flooding river› **c** : to soak, drench, or cover with a liquid **2** : to engage (oneself) deeply and strenuously ‹~*ed* himself in work› **3** : to cause (a sound) not to be heard by making a loud noise — usu. used with *out* **4 a** : to drive out (as a sensation or an idea) ‹~*ed* his sorrows in liquor› **b** : OVERWHELM

**drownd** \ˈdrau̇nd\ *nonstandard var of* DROWN

**drowse** \ˈdrau̇z\ *vb* **drowsed; drows·ing** [prob. akin to Goth *driusan* to fall — more at DREARY] *vi* (1573) **1** : to be inactive **2** : to fall into a light slumber ~ *vt* **1** : to make drowsy or inactive **2** : to pass (time) drowsily or in drowsing

**²drowse** *n* (1796) : the act or an instance of drowsing : DOZE

**drowsy** \ˈdrau̇-zē\ *adj* **drows·i·er; -est** (1530) **1 a** : ready to fall asleep ‹the pills made her ~› **b** : inducing or tending to induce sleep ‹~ music› **c** : INDOLENT, LETHARGIC ‹~ bureaucrats› **2** : giving the appearance of peaceful inactivity ‹a ~ village› — **drows·i·ly** \-zə-lē\ *adv* — **drows·i·ness** \-zē-nəs\ *n*

**drub** \ˈdrəb\ *vb* **drubbed; drub·bing** [perh. fr. Ar *ḍaraba*] *vt* (1634) **1** : to beat severely **2** : to berate critically **3** : to defeat decisively ~ *vi* : DRUM, STAMP — **drub·ber** *n* — **drub·bing** *n*

**¹drudge** \ˈdrəj\ *vb* **drudged; drudg·ing** [ME *druggen*] *vi* (14c) : to do hard, menial, or monotonous work ~ *vt* : to force to do hard, menial, or monotonous work — **drudg·er** *n*

**²drudge** *n* (15c) **1** : one who is obliged to do menial work **2** : one whose work is routine and boring **3** : menial or tedious labor

**drudg·ery** \ˈdrəj-rē, ˈdrə-jə-rē\ *n, pl* **-er·ies** (1550) : dull, irksome, and fatiguing work : uninspiring or menial labor *syn* see WORK

**drudg·ing** \ˈdrə-jiŋ\ *adj* (1548) : MONOTONOUS, TIRING — **drudg·ing·ly** \-jiŋ-lē\ *adv*

**¹drug** \ˈdrəg\ *n* [ME *drogge*] (14c) **1 a** *obs* : a substance used in dyeing or chemical operations **b** : a substance used as a medication or in the preparation of medication **c** *according to the Food, Drug, and Cosmetic Act* (1) : a substance recognized in an official pharmacopoeia or formulary (2) : a substance intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease (3) : a substance other than food intended to affect the structure or function of the body (4) : a substance intended for use as a component of a medicine but not a device or a component, part, or accessory of a device **2** : a commodity that is not salable or for which there is no demand — used in the phrase *drug on the market* **3** : something and often an illegal substance that causes addiction, habituation, or a marked change in consciousness — **drug·gy** *also* **drug·gie** \ˈdrə-gē\ *adj*

**²drug** *vb* **drugged; drug·ging** *vt* (1605) **1** : to affect with a drug; *esp* : to stupefy by a narcotic drug **2** : to administer a drug to **3** : to lull or stupefy as if with a drug ~ *vi* : to take drugs for narcotic effect

**³drug** *dial past of* DRAG

**drug·get** \ˈdrə-gət\ *n* [MF *droguet*, dim. of *drogue* trash, drug] (1580) **1** : a wool or partly wool fabric formerly used for clothing **2** : a coarse durable cloth used chiefly as a floor covering **3** : a rug having a cotton warp and a wool filling

**drug·gie** *also* **drug·gy** \ˈdrə-gē\ *n, pl* **druggies** (1967) : a person who habitually uses drugs

**drug·gist** \ˈdrə-gist\ *n* (1611) : a person who sells or dispenses drugs and medicines: as **a** : PHARMACIST **b** : one who owns or manages a drugstore

**drug·mak·er** \ˈdrəg-ˌmā-kər\ *n* (1964) : a company that manufactures pharmaceuticals

**drug·store** \-ˌstȯr\ *n* (1810) : a retail store where medicines and miscellaneous articles are sold : PHARMACY

**drugstore cowboy** *n* (1923) **1** : one who wears cowboy clothes but has had no experience as a cowboy **2** : one who loafs on street corners and in drugstores

**dru·id** \ˈdrü-id\ *n, often cap* [L *druides, druidae*, pl., fr. Gaulish *druides*; akin to OIr *druí* druid, and perh. to OE *trēow* tree] (1563) : one of an ancient Celtic priesthood appearing in Irish and Welsh sagas and Christian legends as magicians and wizards — **dru·id·ic** \drü-ˈi-dik\ *or* **dru·id·i·cal** \-di-kəl\ *adj, often cap*

**dru·id·ism** \ˈdrü-ə-ˌdi-zəm\ *n, often cap* (1715) : the system of religion, philosophy, and instruction of the druids

**¹drum** \ˈdrəm\ *n* [prob. fr. D *trom*; akin to MHG *trumme* drum] (1539) **1** : a percussion instrument consisting of a hollow shell or cylinder with a drumhead stretched over one or both ends that is beaten with the hands or with some implement (as a stick or wire brush) **2** : TYMPANIC MEMBRANE **3** : the sound of a drum; *also* : a sound similar to that of a drum **4** : any of various chiefly marine bony fishes (family Sciaenidae) that make a drumming or croaking noise using their air bladder and associated muscles **5** : something resembling a drum in shape: as **a** (1) : any of the cylindrical blocks that form the shaft of a column (2) : a round wall or structure that supports a dome **b** : a cylindrical machine or mechanical device or part **c** : a cylindrical container; *specif* : a large usu. metal container for liquids ‹a 55-gallon ~› **d** : a disk-shaped magazine for an automatic weapon — **drum·like** \-ˌlīk\ *adj*

1
2
3
¹drum 1: *1* bass, *2* snare (orchestra), *3* snare (parade)

**²drum** *vb* **drummed; drum·ming** *vi* (1583) **1** : to make a succession of strokes or vibrations that produce sounds like drumbeats **2** : to beat a drum **3** : to throb or sound rhythmically **4** : to stir up interest : SOLICIT ~ *vt* **1** : to summon or enlist by or as if by beating a drum ‹were *drummed* into service› **2** : to dismiss ignominiously : EXPEL — usu. used with *out* **3** : to drive or force by steady effort or reiteration ‹*drummed* the speech into her head› **4 a** : to strike or tap repeatedly **b** : to produce (rhythmic sounds) by such action

**³drum** *n* [ScGael *druim* back, ridge, fr. OIr *druimm*] (1725) **1** *chiefly Scot* : a long narrow hill or ridge **2** : DRUMLIN

**drum·beat** \ˈdrəm-ˌbēt\ *n* (1817) **1** : a stroke on a drum or its sound; *also* : a series of such strokes **2** : vociferous advocacy of a cause **3** : DRUMFIRE 2 — **drum·beat·er** \-ˌbē-tər\ *n* — **drum·beat·ing** \-tiŋ\ *n*

**drum brake** *n* (1950) : a brake that operates by the friction of usu. a pair of shoes pressing against the inner surface of the cylinder of a rotating drum — compare DISC BRAKE

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k̟, ⁿ, œ, ue, ʸ\ see Guide to Pronunciation