# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., AND TEVA PHARMACEUTICALS USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LIMITED, AMNEAL PHARMACEUTICALS LLC, AND AMNEAL PHARMACEUTICALS INC.<br><br>Defendants. | Civil Action No. 2:23-cv-20964-JXN-MAH |

## [PROPOSED] ORDER GRANTING THE FEDERAL TRADE COMMISSION PERSMISSION TO FILE A MOTION ON MARCH 22, 2024 SEEKING LEAVE TO FILE AN AMICUS BRIEF

Upon consideration of the Federal Trade Commission's Consented to Motion for Permission to File a Motion on March 22, 2024 Seeking Leave to file an Amicus Brief, it is hereby **ORDERED** that the FTC's motion is **GRANTED**.

The FTC may file a motion for leave to participate as amicus curiae in relation to Plaintiff Teva's Motion to Dismiss Defendant's Counterclaim Counts 1-10 (ECF No. 26) and Defendant Amneal's Opposition and Motion for Judgement on the Pleadings as to Counterclaims 1-5 (ECF No. 42).

Dated: _____                    _____
                                          Magistrate Judge Michael A. Hammer