# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., AND TEVA PHARMACEUTICALS USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LIMITED, AMNEAL PHARMACEUTICALS LLC, AND AMNEAL PHARMACEUTICALS INC.<br><br>Defendants. | Civil Action No. 2:23-cv-20964-JXN-MAH |

### [PROPOSED] ORDER GRANTING THE FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION FOR LEAVE TO FILE AS AMICUS CURIAE

Upon consideration of the Federal Trade Commission's Unopposed Motion for Leave to File as Amicus Curiae, it is hereby **ORDERED** that the FTC's motion is **GRANTED**.

Dated: _____          _____
                                                            Magistrate Judge Michael A. Hammer