# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., and TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LIMITED, AMNEAL PHARMACEUTICALS LLC, and AMNEAL PHARMACEUTICALS INC., <br><br> Defendants. | Civil Action No. 23-cv-20964-SRC-MAH <br><br> **NOTICE OF APPEAL** <br><br> *Filed Electronically* |

NOTICE IS HEREBY GIVEN that Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc. (collectively, "Teva" or "Plaintiffs") hereby appeal to the United States Court of Appeals for the Federal Circuit pursuant to Federal Rule of Appellate Procedure 3 and 28 U.S.C. § 1295 from the Court's Order and Opinion entered on June 10, 2024 granting an injunction (D.E. 88), as well as any and all other judgments, orders, opinions, rulings, and findings that merge therein or are pertinent or ancillary to the foregoing that are adverse to Plaintiffs.

1

Payment of the required $605 fee is provided with this Notice of Appeal. This fee includes the $600 fee for docketing a case on appeal required by 28 U.S.C. § 1913 and Federal Circuit Rule 52(a)(2), and the $5 fee for filing a notice of appeal required by 28 U.S.C. § 1917.

Dated: June 11, 2024

OF COUNSEL:

Daryl L. Wiesen
(DWiesen@goodwinlaw.com)
Christopher T. Holding
(CHolding@goodwinlaw.com)
Louis L. Lobel
(LLobel@goodwinlaw.com)
Thomas V. McTigue IV
(TMcTigue@goodwinlaw.com)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Natasha E. Daughtrey
(NDaughtrey@goodwinlaw.com)
GOODWIN PROCTER LLP
601 South Figueroa Street
Los Angeles, CA 90017
(213) 426-2642

Kathryn S. Kayali
(kkayali@wc.com)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
(202) 434-5000

/s/ Liza M. Walsh
Liza M. Walsh (lwalsh@walsh.law)
Selina M. Ellis (sellis@walsh.law)
Hector D. Ruiz (hruiz@walsh.law)
Christine P. Clark (cclark@walsh.law)
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc.*