**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

June 21, 2024

**VIA ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Amneal Pharmaceuticals of New York, LLC, et al.*
              **Civil Action No. 2:23-cv-20964 (SRC-MAH)**

Dear Judge Hammer:

    This firm, together with Goodwin Procter LLP and Williams & Connolly LLP, represents Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc. (collectively, "Teva") in connection with the above-referenced matter. We write to respectfully request an extension from June 24, 2024 until July 15, 2024 for Teva to answer Defendants' Counterclaims (D.E. 12). Prior to this request, the Court granted two requests for extensions of this deadline (D.E. 15 and 25) to allow the filing of the motion to dismiss. This is the first requested extension to answer after denial of that motion (D.E. 88). Please note that counsel for Defendants consents to the extension.

    If the above extension is acceptable to Your Honor, we respectfully request that this correspondence be "So Ordered" and entered on the docket. In the event Your Honor or Your Honor's staff have any questions regarding the within, we are always available.

                        Respectfully submitted,

                        *s/ Liza M. Walsh*

                        Liza M. Walsh

                        **SO ORDERED.**

                        _____
                        **Hon. Michael A. Hammer, U.S.M.J**