**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 10, 2024

**VIA ECF**
Hon. Stanley R. Chesler, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Amneal Pharmaceuticals of New York, LLC, et al.*
     **Civil Action No. 2:23-cv-20964 (SRC-MAH)**

Dear Judge Chesler:

  This firm, together with Goodwin Procter LLP and Williams & Connolly LLP, represents Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc. (collectively, "Teva") in connection with the above-referenced matter.

  On behalf of all parties, enclosed please find the parties' Joint Claim Construction and Prehearing Statement Pursuant to Local Patent Rule 4.3.

  As always, we thank the Court for its attention to this matter, and are available should Your Honor or Your Honor's staff have any questions regarding the within.

           Respectfully submitted,

           *s/ Liza M. Walsh*

           Liza M. Walsh

Encl.
cc: All Counsel of Record (via ECF and Email)