Liza M. Walsh
Selina M. Ellis
Hector D. Ruiz
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., and TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LIMITED, AMNEAL PHARMACEUTICALS LLC, and AMNEAL PHARMACEUTICALS INC., <br><br> Defendants. | Civil Action No. 23-cv-20964 (SRC-MAH) <br><br> **DECLARATION OF LIZA M. WALSH** <br><br> *Electronically Filed* |

I, Liza M. Walsh, hereby declare as follows:

1. I am an attorney admitted to practice before this Court and a partner

with the law firm Walsh Pizzi O'Reilly Falanga LLP, counsel for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc. (collectively, "Plaintiffs"). I am fully familiar with the facts set forth herein.

2. I submit this Declaration in support of Plaintiffs' Opening Claim Construction Brief.

3. Attached as **Exhibit 1** is a true and correct copy of U.S. Patent No. 9,463,289 ("the '289 patent").

4. Attached as **Exhibit 2** is a true and correct copy of U.S. Patent No. 9,808,587 ("the '587 patent").

5. Attached as **Exhibit 3** is a true and correct copy of U.S. Patent No. 10,561,808 ("the '808 patent").

6. Attached as **Exhibit 4** is a true and correct copy of U.S. Patent No. 11,395,889 ("the '889 patent").

7. Attached as **Exhibit 5** is a true and correct copy of ProAir® HFA Label (10/2004), *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2004/21457lbl.pdf.

8. Attached as **Exhibit 6** is a true and correct copy of ProAir® HFA Label (Rev. 03/2012), *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/021457s026lbl.pdf.

9. Attached as **Exhibit 7** is a true and correct copy of FDA Guidance for Industry: Integration of Dose-Counting Mechanisms into MDI Drug Products (2003) ("2003 FDA Guidance") produced by Defendants in this action.

10. Attached as **Exhibit 8** is a true and correct copy of an excerpt of the file history for U.S. Patent App. No. 14/103,324, March 7, 2016 Response ("Mar. 7, 2016 Resp.").

11. Attached as **Exhibit 9** is a true and correct copy of an excerpt of Merriam-Webster's Medical Desk Dictionary (2005).

12. Attached as **Exhibit 10** is a true and correct copy of EP-A-1486227 ("EP '227"), excerpted from the file history for U.S. Patent App. No. 15/269,249.

13. Attached as **Exhibit 11** is a true and correct copy of an excerpt of the file history for U.S. Patent App. No. 14/103,324, December 11, 2013 Information Disclosure Statement ("Dec. 11, 2013 Information Disclosure Statement").

14. Attached as **Exhibit 12** is a true and correct copy of WO 2008/119552 ("WO '552"), excerpted from the file history for U.S. Patent App. No. 15/269,249.

15. Attached as **Exhibit 13** is a true and correct copy of an excerpt of Webster's Third New International Dictionary of the English Language Unabridged (2002) ("Webster's Unabridged 2002").

16. Attached as **Exhibit 14** is a true and correct copy of an excerpt of Merriam-Webster's Collegiate Dictionary (11th ed. 2007).

I declare that the foregoing statements made by me are true.

Dated: August 14, 2024                     */s/ Liza M. Walsh*
                                                                               Liza M. Walsh