Liza M. Walsh
Selina M. Ellis
Hector D. Ruiz
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., and TEVA PHARMACEUTICALS USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LIMITED, AMNEAL PHARMACEUTICALS LLC, and AMNEAL PHARMACEUTICALS INC.,<br><br>Defendants. | Civil Action No. 23-cv-20964 (SRC-MAH)<br><br>**CERTIFICATE OF SERVICE**<br><br>*Electronically Filed* |

**LIZA M. WALSH**, of full age, hereby certifies as follows:

1. I am an attorney-at-law in the State of New Jersey and a partner of the

law firm Walsh Pizzi O'Reilly Falanga LLP, counsel for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc. (collectively, "Plaintiffs") in this matter.

2. I hereby certify that, on this 14th day of August, 2024, counsel for Plaintiffs caused a copy of the following documents to be filed in the above captioned matter, and served on all counsel of record, via the Court's ECF system and via email: (1) Plaintiffs' Opening Claim Construction Brief; (2) Declaration of Liza M. Walsh with Exhibits 1-14 annexed thereto; and (3) this Certificate of Service.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 14, 2024          */s/ Liza M. Walsh*
                                Liza M. Walsh