Rebekah Conroy
STONE CONROY LLC
25 A Hanover Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 400-4181
Fax: (973) 498-0070
rconroy@stoneconroy.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., and TEVA PHARMACEUTICALS USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LIMITED, AMNEAL PHARMACEUTICALS LLC, and AMNEAL PHARMACEUTICALS INC.,<br><br>Defendants. | Civil Action No. 23-cv-20964-SRC-MAH<br><br>**DECLARATION OF REBEKAH CONROY** |

I, Rebekah Conroy, of full age, hereby declare as follows,

1. I am an attorney at law of the State of New Jersey, a member of good standing of the bar of this Court, and a Member of the law firm of Stone Conroy LLC, co-counsel to Defendants Amneal Pharmaceuticals of New York, LLC, Amneal Ireland Limited, Amneal Pharmaceuticals LLC, and Amneal Pharmaceuticals, Inc. (collectively, "Amneal"). The matters set forth herein are based on my personal knowledge.

2. I submit this declaration in support of Amneal's Opening Claim Construction Brief, filed concurrently herewith.

3. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 9,463,289 ("the '289 patent"), which bears production numbers TEVAPRO_00000510-540.

4. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 9,808,587 ("the '587 patent"), which bears production numbers TEVAPRO_00000541-573.

5. Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 10,561,808 ("the '808 patent"), which bears production numbers TEVAPRO_00000446-477.

6. Attached as Exhibit 4 is a true and correct copy of U.S. Patent No. 11,395,889 ("the '889 patent"), which bears production numbers TEVAPRO_00000478-509.

7. Attached as Exhibit 5 is a true and correct copy of excerpts of the prosecution history of the '289 patent, which bears production numbers TEVAPRO_00000574 and TEVAPRO_00001575-581.

8. Attached as Exhibit 6 is a true and correct copy of excerpts of the prosecution history of the '808 patent, which bears production numbers TEVAPRO_00001907 and TEVAPRO_00002033-041.

9.      Attached as Exhibit 7 is a true and correct copy of excerpts of the prosecution history of the '889 patent, which bears production numbers TEVAPRO_00006442 and TEVAPRO_00006619-624.

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct.

Dated:  August 14, 2024                          /s/    Rebekah Conroy
                                                                    Rebekah Conroy