Liza M. Walsh
Selina M. Ellis
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., and TEVA PHARMACEUTICALS USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LIMITED, AMNEAL PHARMACEUTICALS LLC, and AMNEAL PHARMACEUTICALS INC.,<br><br>Defendants. | Civil Action No. 23-cv-20964-SRC-MAH<br><br>**DECLARATION OF LIZA M. WALSH**<br><br>*Electronically Filed* |

I, Liza M. Walsh, hereby declare as follows:

1. I am an attorney admitted to practice before this Court and a partner with the law firm Walsh Pizzi O'Reilly Falanga LLP, counsel for Plaintiffs Teva

Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc. (collectively, "Plaintiffs").  I am fully familiar with the facts set forth herein.

2. I submit this Declaration in support of Plaintiffs' Responsive Claim Construction Brief.[1]

3. Attached as **Exhibit 15** is a true and correct copy of an excerpt of the file history for U.S. Patent App. No. 15/262,818, May 21, 2018 Appellant's Brief.

4. Attached as **Exhibit 16** is a true and correct copy of an excerpt of the file history for U.S. Patent App. No. 15/262,818, Sep. 20, 2019 Patent Board Decision.

5. Attached as **Exhibit 17** is a true and correct copy of an excerpt of the file history for U.S. Patent App. No. 15/262,818, Oct. 2, 2019 Notice of Allowance.

6. Attached as **Exhibit 18** is a true and correct copy of EP-A-1330280 ("EP '280"), excerpted from the file history for U.S. Patent App. No. 15/269,249.

I declare that the foregoing statements made by me are true.

Dated:  September 27, 2024          /s/ Liza M. Walsh
                                    Liza M. Walsh

---

[1] The exhibit numbering here continues from the last numbered exhibit submitted with Plaintiffs' Opening Claim Construction Brief (D.E. 116).