# EXHIBIT 18



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

*April 08, 2024*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** *15/269,249*
**FILING DATE:** *September 19, 2016*
**PATENT NUMBER:** *9808587*
**ISSUE DATE:** *November 07, 2017*



Certified by

*Kathi*

Performing the Functions and Duties of the
Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office

(19)

Europäisches Patentamt

European Patent Office

Office européen des brevets

(11)     **EP 1 330 280 B1**

(12)     **EUROPEAN PATENT SPECIFICATION**

(45) Date of publication and mention
of the grant of the patent:
**10.11.2004 Bulletin 2004/46**

(21) Application number: **01948661.2**

(22) Date of filing: **23.06.2001**

(51) Int Cl.7: **A61M 15/00**

(86) International application number:
**PCT/US2001/020098**

(87) International publication number:
**WO 2002/000281 (03.01.2002 Gazette 2002/01)**

(54) **MEDICAMENT INHALER**

INHALATOR

INHALATEUR DE MEDICAMENTS

(84) Designated Contracting States:
**AT BE CH CY DE DK ES FI FR GB GR IE IT LI LU
MC NL PT SE TR**
Designated Extension States:
**AL LT LV MK RO SI**

(30) Priority: **23.06.2000 US 213668 P
23.06.2000 US 213382 P**

(43) Date of publication of application:
**30.07.2003 Bulletin 2003/31**

(60) Divisional application:
**04020854.8**

(73) Proprietor: **NORTON HEALTHCARE LIMITED
London E16 2QJ (GB)**

(72) Inventors:
• **KEANE, Lawrence
Hertfordshire CM23 EP (GB)**
• **O'LEARY, David
Essex RM17 6UG (GB)**

(74) Representative: **Hill, Justin John
McDermott, Will & Emery,
7 Bishopsgate
London EC2N 3AR (GB)**

(56) References cited:
**WO-A-94/05360          GB-A- 2 320 489
US-A- 5 657 748          US-A- 5 840 279**

EP 1 330 280 B1

Note: Within nine months from the publication of the mention of the grant of the European patent, any person may give notice to the European Patent Office of opposition to the European patent granted. Notice of opposition shall be filed in a written reasoned statement. It shall not be deemed to have been filed until the opposition fee has been paid. (Art. 99(1) European Patent Convention).

Printed by Jouve, 75001 PARIS (FR)

TEVAPRO_00004746

## Description

### Field of the Disclosure

[0001]   The present disclosure relates to an apparatus for administering medicament for inhalation by a patient and, more particularly, to a dry powdered medicament inhaler.

### Background of the Disclosure

[0002]   Metered dose medicament inhalers are well known for dispensing medicament to the lungs of a patient, for treating asthma for example. Existing types of medicament dispensing inhalers include pressurized propellant inhalers, aqueous solution inhalers, and dry-powdered inhalers.

[0003]   WO-A-94/05360 discloses an inhaler comprising a sealed reservoir including a dispensing port communicating with a channel, and a cup assembly movably received in the channel and including a recess adapted to receive medicament when aligned with the dispensing port.

[0004]   US-A-5,657,748 and GB-A-2320489 disclose types of inhaler equipped with dose counter mechanisms.

[0005]   US Patent No. 5,503,144 to Bacon, for example, shows a dry powdered inhaler. The inhaler includes a reservoir for containing a dry powdered medicament, a metering chamber for removal of the powdered medicament from the reservoir in discrete amounts, and an air inlet for entraining the removed powdered medicament through a mouthpiece upon patient inhalation.

[0006]   Another example is US Patent No. 5,971,951 to Ruskewicz, which shows an inhaler including a motor driven cam mechanism for extruding aqueous medicament through a porous membrane to form a medicament aerosol for inhalation by a patient. The inhaler also includes sensors, circuitry and a microprocessor that determines the rate of patient inhalation and operates the extrusion mechanism only upon adequate inhalation levels.

[0007]   A pressurized propellant, or "aerosol" inhaler is shown in U.S. Patent No. 5,447,150 to Bacon, which also discloses a simple, mechanical actuation assembly for ensuring that medicament is dispensed from the inhaler only upon adequate inhalation by a patient. The actuation assembly works by applying a pre-load to a valve of the aerosol container sufficient to cause a dose release, but prevents the release by applying a pneumatic resisting force. The dose of medicament is then released upon a patient inhalation strong enough to move a door within the assembly, which in turn releases the pneumatic resisting force.

[0008]   What is still desired, however, is a new and improved inhaler for administering medicament for patient inhalation. Preferably, the new and improved inhaler can be used with dry powdered medicament. In addition, the new and improved inhaler will preferably include mechanical assemblies for metering doses of medicament, managing medicament reservoir pressure, and counting the number of doses remaining in the inhaler.

### Summary of the Disclosure

[0009]   The present disclosure, therefore, provides a new and improved medicament inhaler having a unique dose metering system. The inhaler includes a mouthpiece for patient inhalation, a delivery passageway for directing an inhalation induced air flow through the mouthpiece, a channel extending from the delivery passageway, and a reservoir for containing medicament, with the reservoir having a dispenser port connected to the channel. The dose metering system includes a cup received in the channel, which is movable between the dispenser port and the delivery passageway, a cup spring biasing the cup towards one of the dispenser port and the passageway, and a yoke movable between at least two positions. The yoke includes a ratchet engaging the cup and preventing movement of the cup when the yoke is in one of the positions, and allowing movement of the cup when the yoke is in another of the positions.

[0010]   The present disclosure provides a medicament inhaler having a unique reservoir pressure system. The inhaler includes a sealed reservoir having a dispenser port, and a channel communicating with the dispenser port, and a cup assembly movably received in the channel. The pressure system includes a pressure relief port in the channel, and a conduit providing fluid communication between an interior of the sealed reservoir and the pressure relief port of the channel. The cup assembly includes a recess adapted to receive medicament when aligned with the dispenser port, a first sealing surface adapted to seal the dispenser port when the recess is unaligned with the dispenser port, and a second sealing surface adapted to seal the pressure relief port when the recess is aligned with the dispenser port and unseal the pressure relief port when the recess is unaligned with the dispenser port.

[0011]   The present disclosure additionally provides a medicament inhaler having a unique dose counter. The inhaler includes a mouthpiece for patient inhalation, a dose metering system including a pawl movable along a predetermined path during the metering of a dose of medicament to the mouthpiece by the dose metering system, and a dose counter. In a preferred form, the dose counter includes a bobbin, a rotatable spool, and a rolled ribbon received on the bobbin, rotatable about an axis of the bobbin. The ribbon has indicia thereon successively extending between a first end of the ribbon secured to the spool and a second end of the ribbon positioned on the bobbin. The dose counter also includes teeth extending radially outwardly from the spool into the predetermined path of the pawl so that the spool is rotated by the pawl and the ribbon advanced onto the

TEVAPRO_00004747

spool during the metering of a dose to the mouthpiece.

[0012] Thus, the present disclosure provides a new and improved inhaler including a simple, accurate and consistent mechanical dose metering system that dispenses dry powdered medicament in discrete amounts or doses for patient inhalation, a reservoir pressure system that ensures consistently dispensed doses, and a dose counter indicating the number of doses remaining in the inhaler.

[0013] Further features and advantages of the presently disclosed inhaler will become more readily apparent to those having ordinary skill in the art to which the present disclosure relates from the drawings and the detailed description.

**Brief Description of the Drawings**

[0014] So that those having ordinary skill in the art will more readily understand how to construct a dry powdered medicament inhaler in accordance with the present disclosure, a preferred embodiment is described below with reference to the drawing figures wherein:

FIG. 1 is a first side isometric view of a dry powdered medicament inhaler according to the present disclosure;

FIG. 2 is an exploded, second side isometric view of the inhaler of FIG. 1;

FIG. 3 is a second side isometric view of a main assembly of the inhaler of FIG. 1;

FIG. 4 is a second side isometric view of the main assembly of the inhaler of FIG. 1, shown with a yoke removed;

FIG. 5 is an exploded first side isometric view of the main assembly of the inhaler of FIG. 1;

FIG. 6 is an exploded enlarged isometric view of a medicament cup of the inhaler of FIG. 1;

FIG. 7 is an exploded first side isometric view of a hopper and a de-agglomerator of the inhaler of FIG. 1;

FIG. 8 is an exploded second side isometric view of the hopper and a swirl chamber roof of the de-agglomerator of the inhaler of FIG. 1;

FIG. 9 is an exploded first side isometric view of a case, cams and a mouthpiece cover of the inhaler of FIG. 1;

FIG. 10 is an enlarged side isometric view of one of the cams of the inhaler of FIG. 1;

FIG. 11 is a second side isometric view of the yoke of the inhaler of FIG. 1;

FIG. 12 is a first side isometric view of the yoke of the inhaler of FIG. 1, showing a ratchet and a push bar of the yoke;

FIG. 13 is a schematic illustration of lateral movement of a boss of the medicament cup in response to longitudinal movement of the ratchet and the push bar of the yoke of the inhaler of FIG. 1;

FIG. 14 is an enlarged isometric view of a dose counter of the inhaler of FIG. 1;

FIG. 15 is an exploded enlarged isometric view of the dose counter of the inhaler of FIG. 1; and

FIG. 16 is an enlarged isometric view, partially in section, of a portion of the inhaler of FIG. 1 illustrating medicament inhalation through the inhaler.

[0015] Like reference characters designate identical or corresponding components and units throughout the several views.

**Detailed Description of the Preferred Embodiments**

[0016] Referring to FIGS. 1 through 16, the present disclosure provides a new and improved inhaler 10 for dispensing a dry-powdered medicament in metered doses for patient inhalation. The inhaler 10 of the present disclosure provides many beneficial features including but not limited to a dose metering system that dispenses dry powdered medicament in discrete amounts or doses for patient inhalation, a medicament reservoir pressure system for managing pressure within the reservoir, and a dose counting system indicating the number of doses remaining in the inhaler 10.

[0017] The inhaler 10 generally includes a housing 18, and an assembly 12 received in the housing (see FIG. 2). The housing 18 includes a case 20 having an open end 22 and a mouthpiece 24 for patient inhalation, a cap 26 secured to and closing the open end 22 of the case 20, and a cover 28 pivotally mounted to the case 20 for covering the mouthpiece 24 (see FIGS. 1, 2 and 9). The housing 18 is preferably manufactured from a plastic such as polypropylene, acetal or moulded polystyrene, but may be manufactured from metal or another suitable material.

[0018] The internal assembly 12 includes a reservoir 14 for containing dry powered medicament in bulk form, a de-agglomerator 32 that breaks down the medicament between a delivery passageway 34 and the mouthpiece 24, and a spacer 38 connecting the reservoir to the de-agglomerator.

TEVAPRO_00004748

## Reservoir

[0019]    The reservoir 14 is generally made up of a collapsible bellows 40 and a hopper 42 having a dispenser port 44 (see FIGS. 2-5 and 7-8) for dispensing medicament upon the bellows 40 being at least partially collapsed to reduce the internal volume of the reservoir. The hopper 42 is for holding the dry powder medicament in bulk form and has an open end 46 closed by the flexible accordion-like bellows 40 in a substantially air-tight manner. An air filter 48 covers the open end 46 of the hopper 42 and prevents dry powder medicament from leaking from the hopper 42 (see FIG. 7).

## Spacer

[0020]    A base 50 of the hopper 42 is secured to a spacer 38, which is in turn secured to the de-agglomerator 32 (see FIGS. 3-5 and 7-8). The hopper 42, the spacer 38, and the de-agglomerator 32 are preferably manufactured from a plastic such as polypropylene, acetal or moulded polystyrene, but may be manufactured from metal or another suitable material. The hopper 42, the spacer 38 and the de-agglomerator 32 are connected in a manner that provides an air tight seal between the parts. For this purpose heat or cold sealing, laser welding or ultrasonic welding could be used, for example.
[0021]    The spacer 38 and the hopper 42 together define the medicament delivery passageway 34, which preferably includes a venturi 36 (see FIG. 16) for creating an entraining air flow. The spacer 38 defines a slide channel 52 communicating with the dispenser port 44 of the hopper 42, and a chimney 54 providing fluid communication between the medicament delivery passageway 34 and a supply port 56 of the de-agglomerator 32 (see FIGS. 7 and 8). The slide channel 52 extends generally normal with respect to the axis "A" of the inhaler 10.

## De-Agglomerator

[0022]    As its name implies, the de-agglomerator 32 breaks down agglomerates of dry powder medicament before the dry powder leaves the inhaler 10 through the mouthpiece 24. The de-agglomerator includes a swirl chamber 58 extending from the supply port 56 to an outlet port 60 connected to the mouthpiece 24 (see FIG. 16). The de-agglomerator 32 also includes two diametrically opposed inlet ports 62 that extend substantially tangential to the circular cross-section of the swirl chamber. Radial vanes 64 are positioned at the top of the swirl chamber and are sized such that at least a portion of breath-actuated air streams entering through the diametrically opposed inlet ports 62 collide with the vanes.
[0023]    It should be understood that although the inhaler 10 of the present disclosure is shown with a particular de-agglomerator 32, the inhaler 10 is not limited

to use with the de-agglomerator shown and can be used with other types of deagglomerators or a simple swirl chamber.

## Dose Metering System

[0024]    The dose metering system includes a first yoke 66 and a second yoke 68 mounted on the internal assembly 12 within the housing 18, and movable in a linear direction parallel with an axis "A" of the inhaler 10 (see FIG. 2). An actuation spring 69 is positioned between the cap 26 of the housing 18 and the first yoke 66 for biasing the yokes in a first direction towards the mouthpiece 24. In particular, the actuation spring 69 biases the first yoke 66 against the bellows 40 and the second yoke 68 against cams 70 mounted on the mouthpiece cover 28 (see FIG. 9).
[0025]    The first yoke 66 includes an opening 72 that receives and retains a crown 74 of the bellows 40 such that the first yoke 66 pulls and expands the bellows 40 when moved towards the cap 26, i.e., against the actuation spring 69 (see FIG. 2). The second yoke 68 includes a belt 76, which receives the first yoke 66, and two cam followers 78 extending from the belt in a direction opposite the first yoke 66 (see FIGS. 3, 11 and 12), towards the cams 70 of the mouthpiece cover 28.
[0026]    The dose metering system also includes the two cams 70 mounted on the mouthpiece cover 28 (see FIGS. 9 and 10), and movable with the cover 28 between open and closed positions. The cams 70 each include an opening 80 for allowing outwardly extending hinges 82 of the case 20 to pass therethrough and be received in first recesses 84 of the cover 28. The cams 70 also include bosses 86 extending outwardly and received in second recesses 88 of the cover 28, such that the cover 28 pivots about the hinges 82 and the cams 70 move with the cover 28 about the hinges.
[0027]    Each cam 70 also includes first, second and third cam surfaces 90, 92, 94, and the cam followers 78 of the second yoke 68 are biased against the cam surfaces by the actuation spring 69. The cam surfaces 90, 92, 94 are arranged such the cam followers 78 successively engage the first cam surfaces 90 when the cover 28 is closed, the second cam surfaces 92 when the cover 28 is partially opened, and the third cam surfaces 94 when the cover 28 is fully opened. The first cam surfaces 90 are spaced further from the hinges 82 than the second and the third cam surfaces, while the second cam surfaces 92 are spaced further from the hinges 82 than the third cam surfaces 94. The cams 70, therefore, allow the yokes 66, 68 to be moved by the actuation spring 69 parallel with the axis "A" of the inhaler 10 in the first direction (towards the mouthpiece 24) through first, second and third positions as the cover 28 is opened. The cams 70 also push the yokes 66, 68 in a second direction parallel with the axis "A" (against the actuation spring 69 and towards the cap 26 of the housing 18) through the third, the second and the first positions as

TEVAPRO_00004749

the cover 28 is closed.

[0028]    The dose metering system further includes a cup assembly 96 movable between the dispenser port 44 of the reservoir 14 and the delivery passageway 34. The cup assembly 96 includes a medicament cup 98 mounted in a sled 100 slidably received in the slide channel 52 of the spacer 38 below the hopper 42 (see FIGS. 5 and 6). The medicament cup 98 includes a recess 102 adapted to receive medicament from the dispenser port 44 of the reservoir 14 and sized to hold a predetermined dose of dry powdered medicament when filled. The cup sled 100 is biased along the slide channel 52 from the dispenser port 44 of the hopper 42 towards the delivery passageway 34 by a cup spring 104, which is secured on the hopper 42 (see FIGS. 4 and 5).

[0029]    The dose metering system also includes a ratchet 106 and a push bar 108 on one of the cam followers 78 of the second yoke 68 that engage a boss 110 of the cup sled 100 (see FIGS. 5, 11 and 12). The ratchet 106 is mounted on a flexible flap 112 and is shaped to allow the boss 110 of the sled 100 to depress and pass over the ratchet 106, when the boss 110 is engaged by the push bar 108. Operation of the dose metering system is discussed below.

Reservoir Pressure System

[0030]    The reservoir pressure system includes a pressure relief conduit 114 in fluid communication with the interior of the reservoir 14 (see FIGS. 7 and 8), and a pressure relief port 116 in a wall of the slide channel 52 (see FIGS. 5 and 8) providing fluid communication with the pressure relief conduit 114 of the hopper 42.

[0031]    The medicament cup assembly 96 includes a first sealing surface 118 adapted to seal the dispenser port 44 upon the cup assembly being moved to the delivery passageway 34 (see FIGS. 5 and 6). A sealing spring 120 is provided between the sled 100 and the cup 98 for biasing the medicament cup 98 against a bottom surface of the hopper 42 to seal the dispenser port 44 of the reservoir 14. The cup 98 includes clips 122 that allow the cup to be biased against the reservoir, yet retain the cup in the sled 100.

[0032]    The sled 100 includes a second sealing surface 124 adapted to seal the pressure relief port 116 when the recess 102 of the cup 98 is aligned with the dispenser port 44, and an indentation 126 (see FIG. 6) adapted to unseal the pressure relief port 116 when the first sealing surface 118 is aligned with the dispenser port 44. Operation of the pressure system is discussed below.

Dose Counting System

[0033]    The dose counting system 16 is mounted to the hopper 42 and includes a ribbon 128, having successive numbers or other suitable indicia printed thereon, in alignment with a transparent window 130 provided in the housing 18 (see FIG. 2). The dose counting system 16 includes a rotatable bobbin 132, an indexing spool 134 rotatable in a single direction, and the ribbon 128 rolled and received on the bobbin 132 and having a first end 127 secured to the spool 134, wherein the ribbon 128 unrolls from the bobbin 132 so that the indicia is successively displayed as the spool 134 is rotated or advanced.

[0034]    The spool 134 is arranged to rotate upon movement of the yokes 66, 68 to effect delivery of a dose of medicament from the reservoir 14 into the delivery passageway 34, such that the number on the ribbon 128 is advanced to indicate that another dose has been dispensed by the inhaler 10. The ribbon 128 can be arranged such that the numbers, or other suitable indicia, increase or decrease upon rotation of the spool 134. For example, the ribbon 128 can be arranged such that the numbers, or other suitable indicia, decrease upon rotation of the spool 134 to indicate the number of doses remaining in the inhaler 10. Alternatively, the ribbon 128 can be arranged such that the numbers, or other suitable indicia, increase upon rotation of the spool 134 to indicate the number of doses dispensed by the inhaler 10.

[0035]    The indexing spool 134 preferably includes radially extending teeth 136, which are engaged by a pawl 138 extending from one of the cam followers 78 (see FIGS. 3 and 11) of the second yoke 68 upon movement of the yoke to rotate, or advance, the indexing spool 134. More particularly, the pawl 138 is shaped and arranged such that it engages the teeth 136 and advances the indexing spool 134 only upon the mouthpiece 24 cover 28 being closed and the yokes 66, 68 moved back towards the cap 26 of the housing 18.

[0036]    The dose counting system 16 also includes a chassis 140 that secures the dose counting system to the hopper 42 and includes shafts 142, 144 for receiving the bobbin 132 and the indexing spool 134. The bobbin shaft 142 is preferably forked and includes radially nubs 146 for creating a resilient resistance to rotation of the bobbin 132 on the shaft 142. A clutch spring 148 is received on the end of the indexing spool 134 and locked to the chassis 140 to allow rotation of the spool 134 in only a single direction (counterclockwise as shown in FIG. 14). Operation of the dose counting system 16 is discussed below.

Operation

[0037]    FIG. 13 illustrates the relative movements of the boss 110 of the cup sled 100, and the ratchet 106 and the push bar 108 of the second yoke 68 as the mouthpiece cover 28 is opened and closed. In the first position of the yokes 66, 68 (wherein the cover 28 is closed and the cam followers 78 are in contact with the first cam surfaces 90 of the cams 70), the ratchet 106 prevents the cup spring 104 from moving the cup sled 100 to the delivery passageway 34. The dose metering system is arranged such that when the yokes are in the

TEVAPRO_00004750

first position, the recess 102 of the medicament cup 98 is directly aligned with the dispenser port 44 of the reservoir 14 and the pressure relief port 116 of the spacer 38 is sealed by the second sealing surface 124 of the cup sled 100.

[0038]    Upon the cover 28 being partially opened such that the second cam surfaces 92 of the cams 70 engage the cam followers 78, the actuator spring 69 is allowed to move the yokes 66, 68 linearly towards the mouthpiece 24 to the second position and partially collapse the bellows 40 of the medicament reservoir 14. The partially collapsed bellows 40 pressurizes the interior of the reservoir 14 and ensures medicament dispensed from the dispenser port 44 of the reservoir fills the recess 102 of the medicament cup 98 such that a predetermined dose is provided. In the second position, however, the ratchet 106 prevents the cup sled 100 from being moved to the delivery passageway 34, such that the recess 102 of the medicament cup 98 remains aligned with the dispenser port 44 of the reservoir 14 and the pressure relief port 116 of the spacer 38 remains sealed by the second sealing surface 124 of the cup assembly 96.

[0039]    Upon the cover 28 being fully opened such that the third cam surfaces 94 engage the cam followers 78, the actuator spring 69 is allowed to move the yokes 66, 68 further towards the mouthpiece 24 to the third position. When moved to the third position, the ratchet 106 disengages, or falls below the boss 110 of the cup sled 100 and allows the cup sled 100 to be moved by the cup spring 104, such that the filled recess 102 of the cup 98 is position in the venturi 36 of the delivery passageway 34 and the dispenser port 44 of the reservoir 14 is sealed by the first sealing surface 118 of the cup assembly 96. In addition, the pressure relief port 116 is uncovered by the indentation 126 in the side surface of the sled 100 to release pressure from the reservoir 14 and allow the bellows 40 to further collapse and accommodate the movement of the yokes 66, 68 to the third position. The inhaler 10 is then ready for inhalation by a patient of the dose of medicament placed in the delivery passageway 34.

[0040]    As shown in FIG. 16, a breath-induced air stream 150 diverted through the delivery passageway 34 passes through the venturi 36, entrains the medicament and carries the medicament into the de-agglomerator 32 of the inhaler 10. Two other breath-induced air streams 152 (only one shown) enter the de-agglomerator 32 through the diametrically opposed inlet ports 62 and combine with the medicament entrained air stream 150 from the delivery passageway 34. The combined flows 154 and entrained dry powder medicament then travel to the outlet port 60 of the de-agglomerator and pass through the mouthpiece 24 for patient inhalation.

[0041]    Once inhalation is completed, the mouthpiece cover 28 can be closed. When the cover 28 is closed, the trigger cams 70 force the yokes 66, 68 upwardly such that the first yoke 66 expands the bellows 40, and the pawl 138 of the second yoke 68 advances the indexing spool 134 of the dose counting system 16 to provide a visual indication of a dose having been dispensed. In addition, the cup assembly 96 is forced back to the first position by the pusher bar 108 of the upwardly moving second yoke 68 (see FIG. 13) such that the boss 110 of the cup sled 100 is engaged and retained by the ratchet 106 of the second yoke 68.

[0042]    It should be understood that the foregoing detailed description and preferred embodiment are only illustrative of inhalers constructed in accordance with the present disclosure. Various alternatives and modifications to the presently disclosed inhalers can be devised by those skilled in the art without departing from the scope of the present disclosure. For example, the medicament cup could be provided on a rotary sled, advanced by movement of the yokes. In addition, the outlet port of the pressure relief could be provided in other locations than the side wall of the slide channel. Furthermore, the dose counting system could be adapted to provide an audible indication in addition to a visual indication of a dispensed dose. Accordingly, the present disclosure is intended to embrace all such alternatives and modifications that fall within the scope of an inhaler as recited in the appended claims.

## Claims

1.    An inhaler (10) comprising:

    a sealed reservoir (14) including a dispensing port (44);

    a channel (52) communicating with the dispensing port and including a pressure relief port (116);

    a conduit providing fluid communication between an interior of the sealed reservoir and the pressure relief port of the channel;

    a cup assembly (96) movably received in the channel and including,
        a recess (102) adapted to receive medicament when aligned with the dispensing port;
        a first sealing surface (118) adapted to seal the dispensing port when the recess is unaligned with the dispensing port, and
        a second sealing surface (124) adapted to seal the pressure relief port when the recess is aligned with the dispensing port and unseal the pressure relief port when the recess is unaligned with the dispensing port.

2.    An inhaler according to claim 1, wherein the cup assembly (96) includes a sealing spring (120) biasing the first sealing surface (118) against the reservoir (14).

TEVAPRO_00004751

3. An inhaler according to either claim 1 or claim 2, wherein the reservoir (14) includes a collapsible bellows (40) adapted to increase pressure within the interior of the reservoir upon being collapsed, when the pressure relief port (116) is sealed.

4. An inhaler according to any one of claims 1 to 3 wherein the cup assembly (96) includes a cup (98) received in a cup sled (100) movable within the channel (52), the cup defining the recess (102) and the first sealing surface (118), and the sled defining the second sealing surface (124).

5. An inhaler according to claim 4, wherein the sled (100) defines an indentation adapted to align with and unseal the pressure relief port (116) when the first sealing surface (118) is aligned with the dispenser port (44).

6. An inhaler according to either claim 4 or claim 5, wherein the cup assembly (96) includes a sealing spring (120) between the cup (98) and the cup sled (100), biasing the first sealing surface (118) of the cup against the reservoir (14).

7. An inhaler according to any one of claims 1 to 6, wherein the channel (52) extends linearly and the cup assembly (96) is movable in opposing directions within the channel.

8. An inhaler according to any one of claims 1 to 7, further comprising:

> a cup spring (104) biasing the cup assembly (96) along the channel (52); and
> a yoke movable between at least two positions and including a ratchet (106) engaging the cup assembly (96) and preventing movement of the cup assembly when the yoke is in one of the positions and allowing movement of the cup (98) when the yoke is in another of the positions.

9. An inhaler according to claim 8, wherein the cup spring (104) biases the cup assembly (96) to a position wherein the recess (102) is unaligned with the dispensing port (44) of the reservoir (14).

10. An inhaler according to either claim 8 or claim 9, wherein the yoke further includes a push bar (108) adapted to align the recess of the cup assembly with the dispensing port (44) upon movement of the yoke to one of the positions.

11. An inhaler according to any one of the claims 8 to 10, further comprising:

> at least one moveable cam (70) including at

least two successive cam surfaces (90, 92, 94); and

> a spring (69) biasing the yoke (66) against the cam such that movement of the cam causes the yoke to successively engage the cam surfaces and move the yoke between the at least two positions of the yoke.

12. An inhaler according to any one of the claims 8 to 11, wherein the cam (70) includes three successive cam surfaces (90, 92, 94) for moving the yoke (66) between three positions, wherein the ratchet (106) is adapted to hold the recess (102) unaligned with the dispensing port (44) when the yoke is in a first and a second of the three positions, and allow movement of the cup assembly (96) when the yoke is in a third of the three positions.

13. An inhaler according to any of claims 8 to 12, further comprising a collapsible bellows (40) adapted to increase pressure within the interior of the reservoir upon being collapsed, and wherein the yoke (66) is arranged to collapse the bellows when the yoke is in the first and the second positions.

14. An inhaler according to any one of claims 8 to 13, further comprising:

> a mouthpiece (24) for patient inhalation; and
> a cover (28) movable to open and close the mouthpiece, wherein the at least one cam (70) is secured to the cover for movement therewith, whereby opening and closing the mouthpiece causes the yoke (66) to move between the three positions of the yoke.

15. An inhaler according to claim 14, wherein the cam (70) is movable by rotation.

16. An inhaler according to any one of the claims 1 to 15, wherein the reservoir (14) includes a volume of dry powder medicament.

17. An inhaler according to any one of claims 1 to 16, further comprising:

> a pawl (138) movable along a predetermined path upon movement of the recess (102) of the cup assembly (96) from the dispensing port (44); and

> a dose counter (16) including,
> a bobbin (132),
> a rotatable spool (134),
> a rolled ribbon (120) received on the bobbin and rotatable about an axis of the bobbin, the ribbon having indicia thereon successively

TEVAPRO_00004752

extending between the first end (127) of the ribbon secured to the spool and a second end of the ribbon positioned on the bobbin, and

teeth (136) extending radially outwardly from the spool into the predetermined path of the pawl so that the spool is rotated by the pawl and the ribbon is advanced onto the spool during the metering of a dose.

18. An inhaler according to claim 17, wherein the spool (134) rotates in a single direction.

19. An inhaler according to either claim 17 or claim 18, wherein the dose counter (16) includes a clutch spring ( 148) secured to the spool and the allowing rotation of the spool in a single direction.

20. An inhaler according to any one of claims 17 to 19, wherein the indicia comprises numbers.

21. An inhaler according to any one of claims 17 to 20, wherein the indicia are provided on a radially outwardly facing surface of the rolled ribbon.

22. An inhaler according to any one claims 17 to 21, wherein the predetermined path of the pawl (138) is linear.

23. An inhaler according to any one of claims 17 to 22, wherein the pawl (138) moves in first and second directions along the predetermined path and is adapted to engage the teeth (136) and advance the spool (134) upon movement in the second direction.

24. An inhaler according to any one of claims 17 to 23, further comprising a housing containing the dose counter and include a transparent window (130) over the indicia of the ribbon.

25. An inhaler according to claim 17, wherein the indicia comprises numbers arranged to successively decrease as the ribbon (128) is advanced onto the spool (134).

**Patentansprüche**

1. Inhalator (10) umfassend:

ein abgedichtetes bzw. verschlossenes Reservoir bzw. Behälter (14), der einen Ausgabebzw. Auslaßkanal bzw. eine Ausgabe- bzw. Auslaßöffnung (44) beinhaltet;

einen Kanal (52), der mit der Auslaßöffnung kommuniziert bzw. in Verbindung steht und eine Druckentlastungsöffnung (116) beinhaltet;

ein Rohr bzw. eine Führung bzw. eine Leitung, die eine Fluid-Kommunikation zwischen einem Inneren des verschlossenen Behälters und der Druckentlastungsöffnung des Kanals bereitstellt;

eine Dichteinrichtungs- bzw. eine Schalenbzw. eine Kalottenanordnung (96), die bewegbar im Kanal aufgenommen ist, beinhaltend

eine Ausnehmung (102), welche ausgelegt ist, ein Medikament aufzunehmen, wenn sie mit der Auslaßöffnung ausgerichtet ist;

eine erste Verschluß- bzw. Dichtfläche bzw. -oberfläche (118), welche ausgelegt ist, die Auslaßöffnung zu verschließen bzw. abzudichten, wenn die Ausnehmung nicht mit der Auslaßöffnung ausgerichtet ist, und

eine zweite Verschluß- bzw. Dichtfläche bzw. -oberfläche (124), welche ausgelegt ist, die Druckentlastungsöffnung zu verschließen bzw. abzudichten, wenn die Ausnehmung mit der Auslaßöffnung ausgerichtet ist und die Druckentlastungsöffnung zu öffnen bzw. die Abdichtung aufzuheben, wenn die Ausnehmung mit der Auslaßöffnung nicht ausgerichtet ist.

2. Inhalator gemäß Anspruch 1, wobei die Schalenanordnung (96) eine Verschluß- bzw. Dichtfeder (120) beinhaltet, die die erste Dichtoberfläche (118) gegen den Behälter (14) vorspannt.

3. Inhalator gemäß einem der Ansprüche 1 oder 2, wobei der Behälter (14) einen faltbaren Blasebalg bzw. Faltbalg (40) beinhaltet, dazu bestimmt, den Druck des Behälters zu erhöhen, nachdem bzw. wenn er gefaltet wurde und wenn die Druckentlastungsöffnung (116) abgedichtet ist.

4. Inhalator gemäß einem der Ansprüche 1 bis 3, wobei die Dichteinrichtungsanordnung (96) eine Schale bzw. Dichteinrichtung (98) umfaßt, die in einem Schalen- bzw. Dichteinrichtungsschlitten (100) aufgenommen ist, der innerhalb des Kanals (52) bewegbar ist, wobei die Dichteinrichtung die Ausnehmung (102) und die erste Dichtoberfläche (118) definiert und der Schlitten die zweite Dichtoberfläche (124) definiert.

5. Inhalator gemäß Anspruch 4, wobei der Schlitten (100) eine Einkerbung beinhaltet, die dafür ausgelegt ist, sich mit der Druckentlastungsöffnung (116) auszurichten und diese Abdichtung aufzuheben, wenn die erste Dichtoberfläche (118) mit der Auslaßöffnung (44) ausgerichtet ist.

TEVAPRO_00004753

6. Inhalator gemäß entweder Anspruch 4 oder Anspruch 5, wobei die Dichteinrichtungsanordnung (96) eine Dichtfeder (120) zwischen der Dichteinrichtung (98) und dem Dichteinrichtungsschlitten (100) umfaßt, die die erste Dichtoberfläche (118) der Dichteinrichtung gegenüber dem Behälter (14) vorspannt.

7. Inhalator gemäß einem der Ansprüche 1 bis 6, wobei der Kanal (52) sich linear erstreckt und die Dichteinrichtungsanordnung (96) in entgegengesetzten Richtungen innerhalb des Kanals bewegbar ist.

8. Inhalator gemäß einem der Ansprüche 1 - 7, weiter umfassend:

    eine Dichteinrichtungs- bzw. Schalenfeder (104), die die Dichteinrichtungsanordnung (96) entlang des Kanals (52) vorspannt; und

    ein Lager bzw. ein Joch bzw. ein Bügel, der in zumindest zwei Positionen bewegbar ist und eine Sperre bzw. Sperrklinke bzw. Ratsche (106) umfaßt, die in die Dichteinrichtungsanordnung (96) eingreift und eine Bewegung der Dichteinrichtungsanordnung verhindert, wenn der Bügel in einer der Positionen ist und eine Bewegung der Dichteinrichtung (98) erlaubt, wenn der Bügel in einer anderen der Positionen ist.

9. Inhalator gemäß Anspruch 8, wobei die Dichteinrichtungsfeder (104) die Dichteinrichtungsanordnung (96) zu einer Position vorspannt, wo die Ausnehmung (102) mit der Auslaßöffnung (44) des Behälters (14) nicht ausgerichtet ist.

10. Inhalator gemäß Anspruch 8 oder Anspruch 9, wobei der Bügel weiters eine Druckleiste bzw. einen Druckstab (108) umfaßt, der dazu ausgelegt ist, die Ausnehmung der Dichteinrichtungsanordnung mit der Auslaßöffnung (44) auszurichten auf bzw. nach Bewegung des Bügels in eine der Positionen.

11. Inhalator gemäß einem der Ansprüche 8 bis 10, weiter umfassend:

    zumindest eine bewegbare Nocke (70), die zumindest zwei aufeinanderfolgende Nockenflächen bzw. -oberflächen (90, 92, 94) beinhaltet; und

    eine Feder (69), die den Bügel (66) gegen die Nocke so vorspannt, daß die Bewegung der Nocke es bewirkt, daß der Bügel nacheinander die Nokkenoberflächen eingreift und sich der Bügel zwischen den zumindest zwei Positionen des Bügels bewegt.

12. Inhalator gemäß einem der Ansprüche 8 bis 11, wobei die Nocke (70) drei aufeinanderfolgende Nokkenoberflächen (90, 92, 94) zum Bewegen des Bügels (66) zwischen drei Positionen beinhaltet, wobei die Ratsche (106) dafür ausgelegt ist, die Ausnehmung (102) nicht ausgerichtet mit der Auslaßöffnung (44) zu halten, wenn der Bügel in einer ersten und in einer zweiten der drei Positionen ist und eine Bewegung der Dichteinrichtungsanordnung (96) zu erlauben, wenn der Bügel in der dritten der drei Positionen ist.

13. Inhalator gemäß einem der Ansprüche 8 bis 12, der weiter einen faltbaren Blasebalg bzw. Faltbalg (40) umfaßt, der dafür ausgelegt ist, den Druck im Innern des Behälters zu erhöhen, nachdem bzw. wenn er gefaltet wird, und wobei der Bügel (66) ausgelegt bzw. angeordnet ist, den Blasebalg zu falten, wenn der Bügel in den ersten und zweiten Positionen ist.

14. Inhalator gemäß einem der Ansprüche 8 bis 13 weiter umfassend:

    ein Mundstück (24) für die Inhalation eines Patienten; und

    eine Abdeckung (28), die bewegbar ist, um das Mundstück zu öffnen und zu schließen, wobei die zumindest eine Nocke (70) an der Abdeckung für die Bewegung damit befestigt ist, wobei das Öffnen und Schließen des Mundstükkes bewirkt, daß sich der Bügels (66) zwischen den drei Positionen des Bügels bewegt.

15. Inhalator gemäß Anspruch 14, wobei die Nocke (70) durch Rotation bewegbar ist.

16. Inhalator gemäß einem der Ansprüche 1 bis 15, wobei der Behälter (14) ein Volumen bzw. einen Inhalt eines trockenen, pulverförmigen Medikaments beinhaltet.

17. Inhalator gemäß einem der Ansprüche 1 bis 16 weiter umfassend:

    eine Klinke (138), die entlang eines vorbestimmten Pfades auf bzw. nach Bewegung der Ausnehmung (102) der Dichteinrichtungsanordnung (96) von der Auslaßöffnung (44) bewegbar ist; und

    einen Dosiszähler (16), beinhaltend
        einen Spulenkörper bzw. -kasten bzw. eine Bobbine (132),
        eine rotierbare Spule (134),
        ein gerolltes Band (120), das auf dem Spulenkörper aufgenommen ist und rotierbar um eine Achse des Spulenkörpers ist, wobei

TEVAPRO_00004754

das Band Kennzeichen- bzw. Markierungsan-
zeigen darauf aufweist, die sich nacheinander
zwischen dem ersten Ende (127) des Bandes,
das an der Spule befestigt ist, und einem zwei-
ten Ende des Bandes, das am Spulenkörper
angeordnet ist, erstrecken, erstrecken,
und
Zähne (136), die sich radial nach außen von der
Spule in dem vorbestimmten Pfad der Klinke
erstrecken, so daß die Spule durch die Klinke
gedreht wird und das Band, während der Mes-
sung einer Dosis, auf die Spule weiterbewegt
wird.

18. Inhalator gemäß Anspruch 17, wobei die Spule
(134) sich in einer einzelnen bzw. einzigen Richtung
dreht.

19. Inhalator gemäß einem der Ansprüche 17 oder 18,
wobei der Dosiszähler (16) eine Kupplungsfeder
(148) beinhaltet, die an der Spule befestigt ist und
eine Drehung der Spule in nur einer einzigen Rich-
tung erlaubt.

20. Inhalator gemäß einem der Ansprüche 17 bis 19,
wobei die Markierungsanzeige Zahlen umfaßt.

21. Inhalator gemäß einem der Ansprüche 17 bis 20,
wobei die Markierungsanzeigen an bzw. auf einer
radial nach außen zeigenden Fläche bzw. Oberflä-
che des gerollten Bandes bereitgestellt werden.

22. Inhalator gemäß einem der Ansprüche 17 bis 21,
wobei der vorbestimmte Pfad der Klinke (138) linear
ist.

23. Inhalator gemäß einem der Ansprüche 17 bis 22,
wobei die Klinke (138) sich in ersten und zweiten
Richtungen entlang des vorbestimmten Pfades be-
wegt und dazu ausgelegt ist, die Zähne (136) ein-
zugreifen und die Spule (134) bei bzw. nach Bewe-
gung in die zweite Richtung weiterzubewegen.

24. Inhalator gemäß einem der Ansprüche 17 bis 23,
weiter umfassend ein Gehäuse, welcher einen Do-
siszähler beinhaltet und ein transparentes Fenster
(130) über den Markierungsanzeigen des Bandes
beinhaltet.

25. Inhalator gemäß Anspruch 17, wobei die Markie-
rungsanzeige Zahlen umfaßt, die so ausgelegt
sind, daß sie nacheinander abnehmen, wenn das
Band (128) auf die Spule weiterbewegt wird (134).


**Revendications**

1. Inhalateur (10) comprenant :

un réservoir étanche (14) comportant un orifice
de distribution (44) ;

un canal (52) communiquant avec l'orifice de
distribution et comportant un orifice de détente
de pression (116) ;

un conduit fournissant une communication de
fluide entre un intérieur du réservoir étanche et
l'orifice de détente de pression du canal ;

un ensemble de coupelle (96) logé de façon
mobile dans le canal et comportant,
un évidement (102) apte à recevoir un
médicament lorsqu'il est aligné avec l'orifice de
distribution ;
une première surface d'étanchéité (118)
apte à rendre étanche l'orifice de distribution
lorsque l'évidement n'est pas aligné sur l'orifice
de distribution, et
une seconde surface d'étanchéité (124)
apte à rendre étanche l'orifice de détente de
pression lorsque l'évidement est aligné sur l'ori-
fice de distribution et à ouvrir l'orifice de détente
de pression lorsque l'évidement n'est pas ali-
gné sur l'orifice de distribution.

2. Inhalateur selon la revendication 1, dans lequel l'en-
semble de coupelle (96) comprend un ressort
d'étanchéité (120) contraignant la première surface
d'étanchéité (118) contre le réservoir (14).

3. Inhalateur selon l'une quelconque des revendica-
tions 1 ou 2, dans lequel le réservoir (14) incorpore
un soufflet escamotable (40) apte à augmenter la
pression à l'intérieur du réservoir après pliage ou
escamotage, lorsque l'orifice de détente de pres-
sion (116) est rendu étanche.

4. Inhalateur selon l'une quelconque des revendica-
tions 1 à 3, dans lequel l'ensemble de coupelle (96)
comporte une coupelle (98) reçue dans un coulis-
seau de coupelle (100) mobile à l'intérieur du canal
(52), la coupelle définissant l'évidement (102) et la
première surface d'étanchéité (118), et le coulis-
seau définissant la seconde surface d'étanchéité
(124).

5. Inhalateur selon la revendication 4, dans lequel le
coulisseau (100) définit une empreinte apte à s'ali-
gner sur et à ouvrir l'orifice de détente de pression
(116) lorsque la première surface d'étanchéité (118)
est alignée sur l'orifice de distributeur (44).

6. Inhalateur selon l'une quelconque des revendica-
tions 4 ou 5, dans lequel l'ensemble de coupelle
(96) comporte un ressort d'étanchéité (120) entre
la coupelle (98) et le coulisseau de coupelle (100),

TEVAPRO_00004755

contraignant la première surface d'étanchéité (118) de la coupelle contre le réservoir (14).

7.   Inhalateur selon l'une quelconque des revendications 1 à 6, dans lequel le canal (52) s'étend linéairement et l'ensemble de coupelle (96) est mobile dans des directions opposées à l'intérieur du canal.

8.   Inhalateur selon l'une quelconque des revendications 1 à 7, comprenant de plus :

      un ressort de coupelle (104) contraignant l'ensemble de coupelle (96) le long du canal (52) ; et un étrier mobile entre au moins deux positions et incorporant un rochet (106) coopérant avec l'ensemble de coupelle (96) et empêchant le mouvement de l'ensemble de coupelle lorsque l'étrier se situe dans l'une des positions et permettant le mouvement de la coupelle (98) lorsque l'étrier se situe dans une autre des positions.

9.   Inhalateur selon la revendication 8, dans lequel le ressort de coupelle (104) contraint l'ensemble de coupelle (96) sur une position dans laquelle l'évidement (102) n'est pas aligné sur l'orifice de distribution (44) du réservoir (14).

10.   Inhalateur selon l'une quelconque des revendications 8 ou 9, dans lequel l'étrier comprend de plus une barre de poussée (108) apte à aligner l'évidement de l'ensemble de coupelle sur l'orifice de distribution (44) après le mouvement de l'étrier sur l'une des positions.

11.   Inhalateur selon l'une quelconque des revendications 8 à 10, comprenant de plus :

      au moins une came mobile (70) incorporant au moins deux surfaces de came successives (90,92,94) ; et un ressort (69) contraignant l'étrier (66) contre la came de telle manière que le mouvement de la came provoque la coopération de l'étrier successivement avec les surfaces de came et le déplacement de l'étrier entre l'une au moins des deux positions de l'étrier.

12.   Inhalateur selon l'une quelconque des revendications 8 à 11, dans lequel la came (70) incorpore trois surfaces de came successives (90,92,94) pour déplacer l'étrier (66) entre trois positions, dans lequel le rochet (106) est apte à maintenir l'évidement (102) non aligné sur l'orifice de distribution (44) lorsque l'étrier se trouve dans une première et une seconde des trois positions, et permet le mouvement de l'ensemble de coupelle (96) lorsque l'étrier se situe dans une troisième des trois positions.

13.   Inhalateur selon l'une quelconque des revendications 8 à 12, comprenant de plus un soufflet repliable escamotable (40) apte à augmenter la pression à l'intérieur du réservoir après escamotage et dans lequel l'étrier (66) est apte à escamoter le soufflet lorsque l'étrier se situe dans les première et seconde positions.

14.   Inhalateur selon l'une quelconque des revendications 8 à 13, comprenant de plus :

      un embout (24) pour l'inhalation par le patient ; et un recouvrement (28) mobile pour ouvrir et fermer l'embout, dans lequel au moins une came (70) est fixée sur le couvercle pour le mouvement avec celui-ci, l'ouverture et la fermeture de l'embout faisant déplacer l'étrier (66) entre les trois positions de l'étrier.

15.   Inhalateur selon la revendication 14, dans lequel la came (70) est mobile par rotation.

16.   Inhalateur selon l'une quelconque des revendications 1 à 15, dans lequel le réservoir (14) contient un volume de médicament de poudre sèche.

17.   Inhalateur selon l'une quelconque des revendications 1 à 16, comprenant de plus :

      un cliquet (138) mobile le long d'une voie prédéterminée lors du mouvement de l'évidement (102) de l'ensemble de coupelle (96) à partir de l'orifice de distribution (44) ; et

      un compteur de dosage (16) comprenant,
            une bobine (132)
            un rouleau (134),
            un ruban enroulé (120) logé sur la bobine et rotatif autour d'un axe de la bobine, le ruban comportant des repères s'étendant successivement entre la première extrémité (127) du ruban fixé sur le rouleau et une seconde extrémité du ruban positionnée sur la bobine, et
            des dents (136) s'étendant radialement vers l'extérieur du rouleau jusque dans la voie prédéterminée du cliquet de sorte que le rouleau est mis en rotation par le cliquet et le ruban est avancé sur le rouleau pendant la mesure d'une dose.

18.   Inhalateur selon la revendication 17, dans lequel le rouleau (134) tourne dans une seule direction.

19.   Inhalateur selon l'une quelconque des revendications 17 ou 18, dans lequel le compteur de dose (16) comprend un ressort de pression (148) fixé sur

TEVAPRO_00004756

le rouleau et permettant la rotation du rouleau dans une seule direction.

20. Inhalateur selon l'une quelconque des revendications 17 à 19, dans lequel les repères comportent des nombres.

21. Inhalateur selon l'une quelconque des revendications 17 à 20, dans lequel les repères sont agencés sur une surface faisant face radialement vers l'extérieur du ruban enroulé.

22. Inhalateur selon l'une quelconque des revendications 17 à 21, dans lequel la voie prédéterminée du cliquet (138) est linéaire.

23. Inhalateur selon l'une quelconque des revendications 17 à 22, dans lequel le cliquet (138) se déplace dans les première et seconde directions le long de la voie prédéterminée et est apte à coopérer avec les dents (136) et fait avancer le rouleau (134) lors du mouvement dans la seconde direction.

24. Inhalateur selon l'une quelconque des revendications 17 à 23, comprenant de plus un logement contenant le compteur de dose et incorpore une fenêtre transparente (130) au-dessus des repères du ruban.

25. Inhalateur selon la revendication 17, dans lequel les repères comprennent des nombres agencés de manière à diminuer successivement à mesure que le ruban (128) est avancé sur le rouleau (134).

TEVAPRO_00004757



FIG. 1

FIG. 2

TEVAPRO_00004758

FIG. 3

FIG. 4





TEVAPRO_00004759

## FIG. 5



## FIG. 6



15

TEVAPRO_00004760

## FIG. 7



## FIG. 8



TEVAPRO_00004761

## FIG. 9



## FIG. 10



TEVAPRO_00004762



FIG. 11    FIG. 12



FIG. 13

Position 1    Position 2    Position 3    Back

TEVAPRO_00004763

## FIG. 14



## FIG. 15



TEVAPRO_00004764

# FIG. 16



TEVAPRO_00004765