Rebekah Conroy
STONE CONROY LLC
25 A Hanover Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 400-4181
Fax: (973) 498-0070
rconroy@stoneconroy.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., and TEVA PHARMACEUTICALS USA, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LIMITED, AMNEAL PHARMACEUTICALS LLC, and AMNEAL PHARMACEUTICALS INC.,<br><br>　　　　　Defendants. | Civil Action No. 23-cv-20964-SRC-MAH<br><br>**DECLARATION OF REBEKAH CONROY** |

I, Rebekah Conroy, of full age, hereby declare as follows,

1. I am an attorney at law of the State of New Jersey, a member of good standing of the bar of this Court, and a Member of the law firm of Stone Conroy LLC, co-counsel to Defendants Amneal Pharmaceuticals of New York, LLC, Amneal Ireland Limited, Amneal Pharmaceuticals LLC, and Amneal Pharmaceuticals, Inc. (collectively, "Amneal"). The matters set forth herein are based on my personal knowledge.

2. I submit this declaration in support of Amneal's Responsive Claim Construction Brief, filed concurrently herewith.

3. The exhibit numbering herein continues from Exhibits 1-7 submitted in connection with Amneal's Opening Claim Construction Brief, filed August 14, 2024 (ECF No. 117).

4. Attached as Exhibit 8 is a true and correct copy of U.S. Patent No. 10,086,156 ("the '156 patent"), which bears production numbers AMN_PA0058084-8115.

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct.

Dated: September 27, 2024         /s/    Rebekah Conroy
                                  Rebekah Conroy