# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., and TEVA PHARMACEUTICALS USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LIMITED, AMNEAL PHARMACEUTICALS LLC, and AMNEAL PHARMACEUTICALS INC.,<br><br>Defendants. | Civil Action No. 23-cv-20964 (SRC-MAH)<br><br>**CONSENT ORDER GRANTING *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

**THIS MATTER** having been opened to the Court by Walsh Pizzi O'Reilly Falanga LLP, attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc. (collectively, "Teva"), for the entry of an Order admitting *pro hac vice* Annaka Nava of the Goodwin Procter LLP law firm as counsel for Teva; counsel for Defendants Amneal Pharmaceuticals of New York, LLC, Amneal Ireland Limited, Amneal Pharmaceuticals LLC, and Amneal Pharmaceuticals Inc., having consented thereto; and for good cause having been shown;

**IT IS** on this 4th day of December, 2024,

**ORDERED** that Teva's application for the *pro hac vice* admission of Annaka Nava of the Goodwin Procter LLP law firm as counsel for Teva is hereby **GRANTED**; and it is further

**ORDERED** that Annaka Nava is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Teva in this matter; and it is further

**ORDERED** that Annaka Nava shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Annaka Nava shall, for the duration of the time she serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Annaka Nava shall notify the Court immediately of any disciplinary matter affecting her standing at the bar of any jurisdiction; and it is further

**ORDERED** that Annaka Nava shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by Liza M. Walsh or her partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

SO ORDERED

*s/Michael A. Hammer*
Hon. Michael A. Hammer, U.S.M.J.

Date: 12/4/24