NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., NORTON (WATERFORD) LTD., TEVA PHARMACEUTICALS USA, INC.,**
*Plaintiffs-Appellants*

v.

**AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LTD., AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS, INC.,**
*Defendants-Appellees*

---

2024-1936

---

Appeal from the United States District Court for the District of New Jersey in No. 2:23-cv-20964-SRC-MAH, Judge Stanley R. Chesler.

---

**ON MOTION**

---

Before PROST, TARANTO, and HUGHES, *Circuit Judges*.

PER CURIAM.

**O R D E R**

2  TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC. v. AMNEAL PHARMACEUTICALS OF NEW YORK, LLC

 Norton (Waterford) Ltd., Teva Branded Pharmaceutical Products R&D, Inc. and Teva Pharmaceuticals USA, Inc. move for an administrative stay of the district court's injunction.

 IT IS ORDERED THAT:

 The motion is granted. The proposed briefing schedule is accepted.

FOR THE COURT

December 23, 2024
Date

Jarrett B. Perlow
Clerk of Court