

**Rebekah R. Conroy**
rconroy@stoneconroy.com

March 13, 2025

**Via ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

          *Re:*   *Teva Branded Pharmaceutical Products R&D LLC, et al. v. Amneal Pharmaceuticals of New York, LLC, et al.*
                *Civil Action No. 2:23-cv-20964 (SRC-MAH)*

Dear Judge Hammer:

This firm, together with Procopio, represents Defendants in connection with the above-referenced matter. We write jointly with counsel for Plaintiffs to respectfully request that the current case schedule (ECF No. 56) be amended as set forth below:

| **Event** | **Existing Deadline** | **Proposed New Deadline** |
|---|---|---|
| **Rebuttal expert reports** | March 14, 2025 | March 21, 2025 |
| **Reply expert reports** | April 8, 2025 | April 15, 2025 |
| **Close of expert discovery** | May 17, 2025 | May 24, 2025 |

No additional deadlines in the case schedule will be impacted by this modification. We thank the Court for its consideration of this request.

                                                  Respectfully submitted,

                                                  /s/ Rebekah R. Conroy
                                                  Rebekah R. Conroy

cc via ECF: All Counsel