Rebekah R. Conroy
rconroy@stoneconroy.com


STONE CONROY

March 13, 2025

<u>Via ECF</u>
Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re: *Teva Branded Pharmaceutical Products R&D LLC, et al. v.*
         *Amneal Pharmaceuticals of New York, LLC, et al.*
         Civil Action No. 2:23-cv-20964 (SRC-MAH)

Dear Judge Hammer:

This firm, together with Procopio, represents Defendants in connection with the above-referenced matter. We write jointly with counsel for Plaintiffs to respectfully request that the current case schedule (ECF No. 56) be amended as set forth below:

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| **Rebuttal expert reports** | March 14, 2025 | March 21, 2025 |
| **Reply expert reports** | April 8, 2025 | April 15, 2025 |
| **Close of expert discovery** | May 17, 2025 | May 24, 2025 |

No additional deadlines in the case schedule will be impacted by this modification. We thank the Court for its consideration of this request.

            Respectfully submitted,  **SO ORDERED**

            /s/ Rebekah R. Conroy  ***s/Michael A. Hammer***
            Rebekah R. Conroy   **Michael A. Hammer, U.S.M.J.**

                      Date: 3/17/25

cc via ECF: All Counsel

Stone Conroy LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
Tel 973 400 4181 Fax 973 498 0070
www.stoneconroy.com