**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

April 2, 2025

**VIA ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Teva Branded Pharmaceutical Products R&D LLC, et al. v. Amneal Pharmaceuticals of New York, LLC, et al.*
**Civil Action No. 2:23-cv-20964 (SRC-MAH)**

Dear Judge Hammer:

This firm, together with Goodwin Procter LLP, represents Plaintiffs Teva Branded Pharmaceutical Products R&D LLC, Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc. in connection with the above-referenced matter. We write jointly with counsel for Defendants to respectfully request that the current case schedule (ECF Nos. 56 & 135) be amended as set forth below:

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| **Reply expert reports** | April 15, 2025 | April 29, 2025 |
| **Close of expert discovery** | May 24, 2025 | June 9, 2025 |

No additional deadlines in the case schedule will be impacted by this modification. We thank the Court for its consideration of this request.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

Encl.
cc: All counsel of record (via ECF and Email)