**Rebekah R. Conroy**
rconroy@stoneconroy.com



April 11, 2025

**Via ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      ***Re:***   ***Teva Branded Pharmaceutical Products R&D LLC, et al. v.***
         ***Amneal Pharmaceuticals of New York, LLC, et al.***
         ***Civil Action No. 2:23-cv-20964 (SRC-MAH)***

Dear Judge Hammer:

  This firm, together with Procopio, represents Defendants in connection with the above-referenced matter. We write jointly with counsel for Plaintiffs in response to the Court's request for counsel's scheduling availability for a Pretrial Conference in this matter in July 2025. (ECF No. 138). The parties have met and conferred and can confirm with the Court that all counsel are available July 22, 23, and 24.

  We appreciate the Court's consideration of this scheduling request.

                Respectfully yours,

                /s/ Rebekah R. Conroy
                Rebekah R. Conroy

cc via ECF: All Counsel

Stone Conroy LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
Tel 973 400 4181 Fax 973 498 0070
www.stoneconroy.com