

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

June 12, 2025

**VIA ECF**
Hon. Stanley R. Chesler, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:    *Teva Branded Pharmaceutical Products R&D LLC, et al. v. Amneal*
> *Pharmaceuticals of New York, LLC, et al.*
> <u>**Civil Action No. 2:23-cv-20964 (SRC-MAH)**</u>

Dear Judge Chesler:

This firm, together with Goodwin Procter LLP, represents Plaintiffs Teva Branded Pharmaceutical Products R&D LLC, Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc. (collectively, "Teva") in connection with the above-referenced matter. We write jointly with Defendants' counsel, Stone Conroy LLC and Procopio, to request an extension of the deadline to exchange stamped trial exhibits.

The current deadline for the parties to exchange stamped trial exhibits is June 17, 2025. *See* Preferred Form of Final Pretrial Order at ¶¶ 15, 16 ("three (3) weeks before the entry of the Final Pretrial Order, counsel for each party shall serve upon all parties copies of all trial exhibits, fully pre-marked with exhibit tabs and numbering to be utilized at trial."). The parties are due to submit their Proposed Final Pretrial Order on July 8, 2025. (ECF No. 140.) The Final Pretrial Conference is scheduled for July 22, 2025. (*Id.*)

The parties respectfully request that the deadline to exchange stamped trial exhibits be extended from June 17, 2025 to August 5, 2025, which is fourteen (14) days after the parties' July 22, 2025 Final Pretrial Conference. (ECF No. 140.) The requested extension will not interfere with pretrial briefing or any other deadline because a trial date in this matter has not yet been set. In addition, the requested extension will allow for the timely completion of ongoing pretrial matters and ensure that the parties have sufficient time to prepare their respective exhibits.

If the parties' request meets with the Court's approval, we respectfully request that this correspondence be "So Ordered" and entered on the docket. In the event Your Honor or Your Honor's staff have any questions regarding the within, we are always available. We thank Your Honor for the Court's continued attention to this matter.

Hon. Stanley R. Chesler, U.S.D.J.
June 12, 2025
Page 2

Respectfully submitted,


Liza M. Walsh

**SO ORDERED.**

s/ Stanley R. Chesler

_____

**Hon. Stanley R. Chesler, U.S.D.J.**


6-12-2025