CL

| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D LLC, NORTON (WATERFORD) LTD., and TEVA PHARMACEUTICALS USA, INC., | |
|---|---|
| Plaintiffs, | |
| v. | Civil Action No. 2:23-cv-20964-SRC-MAH |
| AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL IRELAND LIMITED, AMNEAL PHARMACEUTICALS LLC, and AMNEAL PHARMACEUTICALS INC., | |
| Defendants. | |

**ORDER**

Upon the joint application of Plaintiffs Teva Branded Pharmaceutical Products R&D LLC and Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc. (collectively, "Teva") and Defendants Amneal Pharmaceuticals of New York, LLC, Amneal Ireland Limited, Amneal Pharmaceuticals LLC, and Amneal Pharmaceuticals, Inc. (collectively, "Amneal" or "Defendants") for a Consent Order of Dismissal without prejudice, the Parties having consented thereto:

IT IS this  29th day of July 2025, ORDERED, ADJUDGED, and DECREED as follows:

1. All claims, defenses, and counterclaims asserted by the Parties in Civil Action No. 2:23-20964 are dismissed, without prejudice.

2. Each party shall bear its own costs.

Dated: July 28, 2025

OF COUNSEL:

Daryl L. Wiesen
Louis L. Lobel
Thomas V. McTigue IV
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
DWiesen@goodwinlaw.com
LLobel@goodwinlaw.com
TMcTigue@goodwinlaw.com

Natasha E. Daughtrey
GOODWIN PROCTER LLP
601 South Figueroa Street
Los Angeles, CA 90017
(213) 426-2642
NDaughtrey@goodwinlaw.com

Annaka Nava
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
ANava@goodwinlaw.com

Respectfully submitted,

/s/ Liza M. Walsh
Liza M. Walsh (lwalsh@walsh.law)
Selina M. Ellis (sellis@walsh.law)
Christine P. Clark (cclark@walsh.law)
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D LLC, Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Steven Maddox (*pro hac vice*)
Jeremy J. Edwards (*pro hac vice*)
PROCOPIO
1901 L Street NW, Suite 620
Washington, DC 20036
steven.maddox@procopio.com
jeremy.edwards@procopio.com

/s/ Rebekah Conroy
Rebekah Conroy
STONE CONROY LLC
25 A Hanover Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 400-4181
Fax: (973) 498-0070
rconroy@stoneconroy.com

*Attorneys for Defendants Amneal Pharmaceuticals of New York, LLC, Amneal Ireland Limited, Amneal Pharmaceuticals LLC, and Amneal Pharmaceuticals, Inc.*

**SO ORDERED.**
s/ Stanley R. Chesler
July 29, 2025

2