**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 31, 2025

**VIA ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Teva Branded Pharmaceutical Products R&D, Inc., et al. v. Amneal Pharmaceuticals of New York, LLC, et al.*
          **Civil Action No. 2:23-cv-20964 (SRC-MAH)**

Dear Judge Hammer:

    This firm, together with Goodwin Procter LLP, represents Plaintiffs Teva Branded Pharmaceutical Products R&D LLC, Norton (Waterford) Ltd., and Teva Pharmaceuticals USA, Inc. (collectively, "Teva") in connection with the above-referenced matter. We write on behalf of all parties to request the withdrawal and/or striking from the docket of the parties' Proposed Joint Final Pretrial Order with accompanying Exhibits ("FPTO") (D.E. 154). The parties make this request in order to avoid burdening the Court with a motion to seal the FPTO now that the case has closed.

    If the above proposal is acceptable to Your Honor, the parties respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

    We thank the Court for its attention to this matter, and are available should Your Honor or Your Honor's staff require anything further or have any questions.

                        Respectfully submitted,

                        *s/ Liza M. Walsh*

                        Liza M. Walsh

cc: Counsel of Record (via ECF and Email)

SO ORDERED this __1st__, day of __August__, 2025

  /s/Michael A. Hammer
Honorable Michael A. Hammer, U.S.M.J.